IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PALAFOX STREET ASSOCIATES, L.P., et. al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 99-898C (Judge C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

Defendant respectfully requests that the Court modify its July 27, 2006 scheduling order to provide for the parties to take the deposition of Mr. William Mathews on September 5, 2006. The Court's order presently provides that discovery is closed on August 25, 2006. Plaintiffs' counsel authorizes counsel to state that plaintiffs join in this request.

The parties request that the Court modify its existing scheduling in this manner to accommodate the schedules of counsel and of Mr. Mathews.

For the reasons set forth above, defendant requests that the Court modify its scheduling order to provide for the parties to take the deposition of Mr. William Mathews on September 5, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

TODD M. HUGHES
Assistant Director

/s/ John S. Groat
JOHN S. GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202)616-8260/514-4325
Facsimile: (202)514-7965

Attorneys for Defendant

OF COUNSEL:
THOMAS HAWKINS
Assistant General Counsel
General Services Administration
1800 F St., NW Room 4131
Washington, D.C. 20405

August 29, 2006