# *In the United States Court of Federal Claims*

| | | |
|---|---|---|
| **Palafox Street Associates, LP, et. al.**<br>**Plaintiffs,** | ) | |
| **v.** | ) | **No. 99-898C**<br>**Judge C. Miller** |
| **The United States,**<br>**Defendant** | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR EXHIBIT LIST

Plaintiffs Palafox Street Associates, LP, et al. ("Plaintiffs") respectfully request that the Court allow Plaintiffs to supplement their exhibit list, which was filed August 15, 2006. Undersigned counsel has discussed this motion with the government's counsel, John Groat, who has informed Plaintiffs that the government may object too some or all of the proposed additional exhibits, and that he will file a response to this motion.

The grounds for the motion are set forth in the accompanying Declaration of Counsel.

Dated: September 7, 2006

Respectfully submitted,

/s/

Herman M. Braude
Attorney for Plaintiffs
Gerson B. Kramer, *of counsel*
Michael A. Lewis, *of counsel*
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 (tel)
(202) 471-5404 (fax)

## CERTIFICATE OF SERVICE

I certify that on September 7, 2006, a copy of the foregoing was served electronically on the following:

John Groat, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Dept of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

/s/

______________________________