# *In the United States Court of Federal Claims*

| | | |
|---|---|---|
| **Palafox Street Associates, LP, et. al.** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 99-898C** **Judge C. Miller** |
| **The United States,** **Defendant** | ) | |

## PLAINTIFFS' EXHIBIT AND WITNESS LISTS

In accordance with the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs hereby submit their exhibit and witness lists for the upcoming trial. Because several discovery items remain outstanding based on recent orders of the Court, Plaintiffs reserve the right to supplement these lists appropriately upon the conclusion of all pretrial discovery.

Dated: July 18, 2006

Respectfully submitted,

Herman M. Braude
Attorney for Plaintiffs
Gerson B. Kramer, *of counsel*
Michael A. Lewis, *of counsel*
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 (tel)
(202) 471-5404 (fax)

EXHIBIT
tabbies
1

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2006, a copy of the foregoing was served by hand delivery on the following:

John Groat, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Dept of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

______________________________________

**PLAINTIFFS' EXHIBIT LIST (July 18, 2006)**

| | | |
|---|---|---|
| P1. | Keating's Certified Claim Binders (2 vols.) | 6/30/98 |
| P2. | GSA Solicitation No. MFL 93021 (excerpts) | 3/20/95 |
| P3. | Ltr from CO to Keating | 10/3/95 |
| P4. | Legal Concurrence from GSA Regional Counsel | 10/10/95 |
| P5. | Schedule of Finishes from Solicitation | undated |
| P6. | Memo from Judge Vinson | 5/29/96 |
| P7. | Cover sheets and TOC from Keating's Interior Colors and Finishes Submittals | 5/13/96 |
| P8. | App. B ("Finish Schedule") | 7/19/96 |
| P9. | Ltr from Judge Paul | 7/8/97 |
| P10. | Ltr from Koenig | 7/15/97 |
| P11. | Ltr from Koenig | 7/17/97 |
| P12. | Ltr from Phillips | 7/21/97 |
| P13. | Ltr from Bridgeman | 7/21/97 |
| P14. | Email from Koenig w/attached status report | 7/21/97 |

| | | |
|---|---|---|
| P15. | Fax from Koenig w/attached status rpt and exhibits | 7/31/97 |
| P16. | Supplemental Lease Agreements | 8/1/97 |
| P17. | Funds Availability certification | 8/21/97 |
| P18. | Conversation Record | 8/14/97 |
| P19. | Conversation Record | 8/15/97 |
| P20. | Email from Koenig | 8/22/97 |
| P21. | Fax from Pacyga with attachments | 8/24/97 |
| P22. | Fax from Koenig with attachments | 9/3/97 |
| P23. | Conversation Record with attachments | 9/4/97 |
| P24. | Email from Koenig | 9/5/97 |
| P25. | Ltrs from Peck | undated |
| P26. | Conversation Record | 9/9/97 |
| P27. | Conversation Record | 9/10/97 |
| P28. | Koenig fax of 9/30 Hurst-Rayborn email | 10/1/97 |
| P29. | Wall email of 10/3 with Wesley response | 10/6/97 |

| | | |
|---|---|---|
| P30. | DeBord email of 10/6 with resps by Wesley and Marrs | 10/8/97 |
| P31. | Conversation Record | 10/6/97 |
| P32. | Fax re Moisture Entrapment | 10/3/97 |
| P33. | Rpt from Thompson Eng | 10/7/97 |
| P34. | Ltr from Vinson | 10/9/97 |
| P35. | Email from Marrs w/Phillips' response | 10/10/97 |
| P36. | Memo from Antrobus | 10/15/97 |
| P37. | Ltr from Vann | 10/15/97 |
| P38. | Ltr from Sencindiver | 10/17/97 |
| P39. | Report from Thompson Eng | 10/19/97 |
| P40. | Article re Vinyl & Mildew | 10/20/97 |
| P41. | Ltr from Vann | 10/23/97 |
| P42. | Ltr from Sencindiver | 10/23/97 |
| P43. | Ltr from Johnson | 10/23/97 |
| P44. | Ltr from Johnson | 10/23/97 |
| P45. | Ltr from Marcus | 10/27/97 |
| P46. | Conversation Record | 10/30/97 |
| P47. | Certificate of Occupancy | 9/17/97 |
| P48. | Ltr from Koenig | 10/30/97 |

| | | |
|---|---|---|
| P49. | Conversation Records | 11/4/97 |
| P50. | Ltr from Sencindiver | 11/4/97 |
| P51. | Fax from Wass | 11/3/97 |
| P52. | Ltr from CH2M Hill | 11/3/97 |
| P53. | Ltr from Wass | 11/5/97 |
| P54. | Conversation Record | 11/11/97 |
| P55. | Conversation Record | 11/11/97 |
| P56. | Conversation Record | 11/11/97 |
| P57. | Fax from Koenig with ltr from CH2M Hill | 11/12/97 |
| P58. | Ltr from Johnson | 11/12/97 |
| P59. | Conversation Record | 11/12/97 |
| P60. | Ltr from Atchison with attachments | 11/12/97 |
| P61. | Conversation Records | 11/13/97 |
| P62. | Fax/mail cover from Bitterlich | 11/14/97 |
| P63. | Conversation Records | 11/14/97 |
| P64. | Memo from Bolt | 10/27/97 |
| P65. | Trend COV rpts | 10/24/97 |
| P66. | Rpt from CH2M Hill | 11/14/97 |
| P67. | Ltr from Koenig | 11/18/97 |

| | | |
|---|---|---|
| P68. | Rpt from CH2MHill/Odom | 11/21/97 |
| P69. | Ltr from Thacker | 11/21/97 |
| P70. | Email from Marrs | 11/25/97 |
| P71. | Transmittal cover sheet | 10/3/97 |
| P72. | Ltr from Koenig (with original unsent p. 2) | 11/28/97 |
| P73. | Ltr from Sencindiver | 12/8/97 |
| P74. | List of rooms | 12/10/97 |
| P75. | Punch List Summary with comments | 12/12/97 |
| P76. | D & O lists | various |
| P77. | Ltr from Johnson | 12/15/97 |
| P78. | Ltr from Koenig | 12/15/97 |
| P79. | Conversation Records | 12/17/97 |
| P80. | Fax from Koenig | 12/16/97 |
| P81. | Ltr from Vinson | 12/17/97 |
| P82. | Email from Koenig | 12/17/97 |
| P83. | Ltr from Koenig | 12/18/97 |
| P84. | Ltr from Lehman | 12/22/97 |
| P85. | Memo from Bolt | 12/18/97 |
| P86. | Conversation Record | 12/22/97 |

| | | |
|---|---|---|
| P87. | Conversation Records | 1/2/98 |
| P88. | Email from Matthews and Koenig | 1/6/98 |
| P89. | Cost Comparison Chart | undated |
| P90. | Contact Record with Detail Line Item Report attached | 1/8/98 |
| P91. | "Revised list of rooms that we are removing the Vinyl wall covering on Exterior walls" | 12/15/97 |
| P92. | Conversation Records | 1/6/98 |
| P93. | Fax (cover only) from Koenig | 1/8/98 |
| P94. | Memo from Odom | 1/9/98 |
| P95. | Ltr from Curran | 1/8/98 |
| P96. | Fax from Koenig | 1/8/98 |
| P97. | Conversation Records | 1/9/98 |
| P98. | Fax from Koenig (with 1/12 ltr from Johnson attached) | 1/13/98 |
| P99. | Ltr from Johnson | 1/12/98 |
| P100. | Email from Koenig | 1/15/98 |
| P101. | Fax from Koenig (with 1/15 ltr from Koenig attached) | 1/15/98 |

| | | |
|---|---|---|
| P102. | Conversation Record | 1/20/98 |
| P103. | Ltr from Martin (with attached "Revised Finish Schedule" and two tables) | 1/20/98 |
| P104. | Ltr from Vinson | 1/20/98 |
| P105. | Ltr from Johnson (with attached "Punch List Summary") | 1/22/98 |
| P106. | Fax from Koenig (with ltr from Johnson attached) | 1/22/98 |
| P107. | Ltr from Koenig | 1/22/98 |
| P108. | Ltr from Martin | 1/23/98 |
| P109. | Ltr from Martin | 1/23/98 |
| P110. | Ltr from Vinson | 1/26/98 |
| P111. | Ltr from Martin | 1/29/98 |
| P112. | "Draft" Rpt from CH2M Hill | 1/29/98 |
| P113. | Conversation Record | 2/3/98 |
| P114. | Ltr from Koenig | 2/5/98 |
| P115. | Fax from Koenig (with ltr from Johnson attached) | 2/5/98 |
| P116. | Ltr from Martin | 2/6/98 |
| P117. | Ltr from Johnson | 2/10/98 |
| P118. | Fax from Koenig (with ltr from Koenig and "final" rpt | |

| | | |
|---|---|---|
| | from CH2M Hill attached) | 2/10/98 |
| P119. | Memo from Marrs | 2/11/98 |
| P120. | Ltr from Martin | 3/18/98 |
| P121. | Ltr from Koenig | 3/24/98 |
| P122. | Ltr from Martin | 3/26/98 |
| P123. | Conversation Records | 5/98 |
| P124. | Fax from Koenig (with "Pensacola Courthouse Rent Payment Summary" attached) | 5/28/98 |
| P125. | Fax from Davis (with attachments re "interest calculation") | 5/26/98 |
| P126. | Email from Marrs | 6/18/98 |
| P127. | Ltr from Mossing | 6/5/98 |
| P128. | Ltr from Ducote | 6/15/98 |
| P129. | Routing Slip | 6/8/98 |
| P130. | Ltr from Bitterlich (with attachments) | 6/19/98 |
| P131. | Rpt from Thompson Eng | 6/30/98 |
| P132. | Ltr from Bitterlich | 6/23/98 |
| P133. | Rpt from Thompson Eng | 6/23/98 |
| P134. | Moisture/Mildew Insp Summary | 7/21/98 |
| P135. | Ltr from Bitterlich | |

| | | |
|---|---|---|
| | (with attachment) | 8/14/98 |
| P136. | Email | 8/13/98 |
| P137. | Moisture/Mildew Insp Summary | 8/13/98 |
| P138. | Ltrs from Bitterlich | 8/27/98 |
| P139. | Rpts from Thompson Eng | 8/13/98 |
| P140. | Ltr from Judge Vinson | 9/22/98 |
| P141. | District Court Punchlist | 5/26/98 |
| P142. | Ltr from CH2M Hill | 10/5/98 |
| P143. | Email from Koenig | 4/22/97 |
| P144. | Ltr from Lockley | 4/28/97 |
| P145. | Fax from Clerk's Office | 5/12/97 |
| P146. | Fax from Clerk's Office (with ltr from Mossing and estimates from ADT attached) | 6/5/97 |
| P147. | Ltr from Koenig | 6/9/97 |
| P148. | Fax from Koenig | 6/13/97 |
| P149. | Email from Koenig | 6/13/97 |
| P150. | Email from Koenig | 6/24/97 |
| P151. | Fax from Koenig (with fax from ADT attached) | 6/26/97 |
| P152. | Email from Pulling | 6/27/97 |

| | | |
|---|---|---|
| P153. | Conversation Record | 6/25/97 |
| P154. | Email from Murphy | 6/30/97 |
| P155. | Ltr from Paul | 7/8/97 |
| P156. | Ltr from Koenig | 7/15/97 |
| P157. | Message Confirmation (with ltr from Sawyer attached) | 7/16/97 |
| P158. | Ltr from Thacker | 7/17/97 |
| P159. | Fax from Koenig (with ltr from Koenig attached) | 7/17/97 |
| P160. | Email from Sawyer | 7/18/97 |
| P161. | Ltr from Phillips | 7/21/97 |
| P162. | Ltr from Bridgman | 7/21/97 |
| P163. | Email from Koenig (with attached status rpt) | 7/21/97 |
| P164. | Emails from Sawyer and Koenig | 7/25/97 |
| P165. | Conversation Record | 8/14/97 |
| P166. | Conversation Record | 8/15/97 |
| P167. | Email from Koenig | 8/22/97 |
| P168. | Fax from ADT | 8/24/97 |
| P169. | Fax from Koenig | 9/3/97 |

| | | |
|---|---|---|
| P170. | Conversation Record with attached excerpts from Meeting Memos | 9/4/97 |
| P171. | Email from Koenig | 9/5/97 |
| P172. | Ltrs from Peck | undated |
| P173. | Ltr from Mossing with attached Specifications for Special Signal Systems | 10/31/97 |
| P174. | Ltr from Mossing | 10/23/97 |
| P175. | Conversation Record | 11/4/97 |
| P176. | Conversation Records | 11/11/97 |
| P177. | Email from Marrs | 11/20/97 |
| P178. | Email from Ducote | 11/24/97 |
| P179. | Emails from various persons | 12/2/97 |
| P180. | Ltr from Martin | 1/29/98 |
| P181. | Ltr from Marrs | 2/11/98 |
| P182. | Ltr from ADT | 3/5/98 |
| P183. | Emails from Mossing and Marrs | 3/11/98 |
| P184. | Emails from Schlattman and Sears | 3/22/99 |

| | | |
|---|---|---|
| P185. | Email from Koenig | 1/14/98 |
| P186. | Email from Koenig | 1/7/98 |
| P187. | Letter from R. Kendig to C. March regarding options for San Carlos Hotel site | 1/06/93 |
| P188. | Letter from R. Kendig to W. Matthews discussing two sites | 94/16/93 |
| P189. | Letter from GSA to Kendig clarifying options and alternate | 01/27/94 |
| P190. | Letter from GSA to Kendig setting cutoff date and reviewing proposal | 01/27/94 |
| P191. | Letter from GSA to Kendig clarifying options and alternate | 02/03/94 |
| P192. | Letter from Kendig to J. Kuykendall discussing fourth option | 03/14/94 |
| P193. | Letter from Kendig to Kuykendall stating "best offer" | 02/02/94 |
| P194. | Letter from Kendig to Kuykendall stating "best offer" | 02/07/94 |
| P195. | Letter from Kendig to Kuykendall discussing fourth option; minutes from meeting | 03/09/94 |
| P196. | Report of City Council Action; Committee Memorandum | 05/12/94 |
| P197. | Memo from Jen. Fleming | 5/16/94 |
| P198. | Lease of Real Property; Assignable Option for Ground Lease; Declaration of Offer | |

| | | |
|---|---|---|
| P199. | Letter from Kendig to Kuykendall; | 05/26/94 |
| P200. | Declaration of Offer (rev); | |
| P201. | Lease of Real Prop (rev) | |
| P202. | Memo from Jen. Fleming-Revised Draft | 05/23/94 |
| P203. | Letter from John Fleming to | 06/24/94 |
| P204. | D. Curran on revisions to lease | |
| P205. | Letter from D. Curran to John Fleming regarding final versions of Lease | 07/25/94 |
| P206. | Report of City Council Action; | 07/28/94 |
| P207. | Memo of Committee on lease | |
| P208. | Letter from John Fleming to D. Curran | 11/22/94 |
| P209. | Letter from Ron head to B. Henderson; Pre-Proposal Conference | 03/06/95 |
| P210. | Letter from R. Head to Tracy Greer clarifying SFO; Technical/ Price Review Comments | 07/07/95 |
| P211. | Letter from Dan Koenig to T. Greer with Amendment #4; Amendment of Solicitation | 08/01/95 |
| P212. | Report of City Council Action; | 08/24/95 |
| P213. | Committee Memo approving lease | |
| P214. | City Council Memorandum-Selection of Developer; Notice of Award | 10/10/95 |

| | | |
|---|---|---|
| P215. | Letter from D. Curran to Edmond Hinkle regarding notice of award; Assignment of Option; Lease of Real Property | 10/12/95 |
| P216. | Letter from D. Curran to John Fleming; Declaration of Offer of Donation | 11/30/95 |
| P217. | Letter from D. Curran to John Fleming enclosing Declaration of Offer of Donation and Lease of Real Property | 02/27/96 |

**PLAINTIFFS' WITNESS LIST (July 18, 2006)**

Proposed witnesses for Plaintiffs' Case-in-Chief (with affiliations in parentheses)

1) Diana Parks Curran (GSA)
2) Dan Koenig (GSA)
3) Bill Matthews (GSA)
4) Mark Sears (GSA)
5) John Fleming (Pensacola)
6) Jennifer Fleming (Pensacola)
7) Karen Johnson (GSA)
8) Don Bitterlich (Keating)
9) Mike Sencindiver (Keating)
10) Dennis Martin (Keating)
11) Lewis Newlan (Thompson Eng'g)
12) Tracy Greer (Keating)
13) A Custodian of Records for the City of Pensacola