# APPENDIX TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT


| Document | Date | Page |
|---|---|---|
| **Group A**<br>**Contract Provisions** | | **A001** |
| GSA Solicitation No.<br>MFL 93021 (excerpts) | 3/20/95 | A003 |
| **Group B**<br>**Other Contract Documents** | | **B001** |
| Ltr from CO to Keating | 10/3/95 | B002 |
| Legal Concurrence from<br>GSA Regional Counsel | 10/10/95 | B004 |
| Schedule of Finishes<br>from Solicitation | undated | B005 |
| Memo from Vinson | 5/29/96 | B012 |
| Cover sheets and TOC from<br>Keating's Interior Colors<br>and Finishes Submittals | 5/13/96 | B013 |
| App. B ("Finish Schedule") | 7/19/96 | B017 |
| **Group C**<br>**Chronology of Disptues:**<br>**Withholding of Rental Payments**<br>**and Mold/Mildew Problem** | | **C001** |
| Ltr from Paul | 7/8/97 | C002 |
| Ltr from Koenig | 7/15/97 | C004 |
| Ltr from Koenig | 7/17/97 | C007 |
| Ltr from Phillips | 7/21/97 | C008 |


EXHIBIT
tabbies
2

| | | |
|---|---|---|
| Ltr from Bridgeman | 7/21/97 | C009 |
| Email from Koenig w/attached status report | 7/21/97 | C011 |
| Fax from Koenig w/attached status rpt and exhibits | 7/31/97 | C014 |
| Supplemental Lease Agreements | 8/1/97 | C019 |
| Funds Availability certification | 8/21/97 | C034 |
| Conversation Record | 8/14/97 | C035 |
| Conversation Record | 8/15/97 | C036 |
| Email from Koenig | 8/22/97 | C037 |
| Fax from Pacyga with attachments | 8/24/97 | C038 |
| Fax from Koenig with attachments | 9/3/97 | C041 |
| Conversation Record with attachments | 9/4/97 | C044 |
| Email from Koenig | 9/5/97 | C049 |
| Ltrs from Peck | undated | C050 |
| Conversation Record | 9/9/97 | C052 |
| Conversation Record | 9/10/97 | C053 |
| Koenig fax of 9/30 Hurst-Rayborn email | 10/1/97 | C054 |
| Wall email of 10/3 with Wesley response | 10/6/97 | C055 |
| DeBord email of 10/6 with resps by Wesley and Marrs | 10/8/97 | C056 |

| | | |
|---|---|---|
| Conversation Record | 10/6/97 | C057 |
| Fax re Moisture Entrapment | 10/3/97 | C058 |
| Rpt from Thompson Eng | 10/7/97 | C059 |
| Ltr from Vinson | 10/9/97 | C062 |
| Email from Marrs w/Phillips' response | 10/10/97 | C064 |
| Memo from Antrobus | 10/15/97 | C065 |
| Ltr from Vann | 10/15/97 | C067 |
| Ltr from Sencindiver | 10/17/97 | C068 |
| Report from Thompson Eng | 10/19/97 | C070 |
| Article re Vinyl & Mildew | 10/20/97 | C074 |
| Ltr from Vann | 10/23/97 | C079 |
| Ltr from Sencindiver | 10/23/97 | C080 |
| Ltr from Johnson | 10/23/97 | C081 |
| Ltr from Johnson | 10/23/97 | C082 |
| Ltr from Marcus | 10/27/97 | C084 |
| Conversation Record | 10/30/97 | C086 |
| Certificate of Occupancy | 9/17/97 | C087 |
| Ltr from Koenig | 10/30/97 | C088 |
| Conversation Records | 11/4/97 | C089 |
| Ltr from Sencindiver | 11/4/97 | C091 |
| Fax from Wass | 11/3/97 | C093 |
| Ltr from CH2M Hill | 11/3/97 | C094 |
| Ltr from Wass | 11/5/97 | C096 |

| | | |
|---|---|---|
| Conversation Record | 11/11/97 | C097 |
| Conversation Record | 11/11/97 | C098 |
| Conversation Record | 11/11/97 | C099 |
| Fax from Koenig with ltr from CH2M Hill | 11/12/97 | C100 |
| Ltr from Johnson | 11/12/97 | C102 |
| Conversation Record | 11/12/97 | C108 |
| Ltr from Atchison with attachments | 11/12/97 | C109 |
| Conversation Records | 11/13/97 | C113 |
| Fax/mail cover from Bitterlich | 11/14/97 | C116 |
| Conversation Records | 11/14/97 | C117 |
| Memo from Bolt | 10/27/97 | C121 |
| Trend COV rpts (?) | 10/24/97 | C122 |
| Rpt from CH2M Hill | 11/14/97 | C124 |
| Ltr from Koenig | 11/18/97 | C128 |
| Rpt from CH2MHill/Odom | 11/21/97 | C130 |
| Ltr from Thacker | 11/21/97 | C134 |
| Email from Marrs | 11/25/97 | C136 |
| Transmittal cover sheet | 10/3/97 | C137 |
| Ltr from Koenig (with original unsent p. 2) | 11/28/97 | C138 |
| Ltr from Sencindiver | 12/8/97 | C142 |
| List of rooms | 12/10/97 | C144 |

| | | |
|---|---|---|
| Punch List Summary with comments | 12/12/97 | C145 |
| D & O lists | various | C148 |
| Ltr from Johnson | 12/15/97 | C158 |
| Ltr from Koenig | 12/15/97 | C163 |
| Conversation Records | 12/17/97 | C165 |
| Fax from Koenig | 12/16/97 | C168 |
| Ltr from Vinson | 12/17/97 | C169 |
| Email from Koenig | 12/17/97 | C172 |
| Ltr from Koenig | 12/18/97 | C173 |
| Ltr from Lehman | 12/22/97 | C175 |
| Memo from Bolt | 12/18/97 | C176 |
| Conversation Record | 12/22/97 | C179 |
| Conversation Records | 1/2/98 | C181 |
| Email from Matthews and Koenig | 1/6/98 | C184 |
| Cost Comparison Chart (VWC damaged wall replacement vs. full VWC replacement) | | C187 |
| Contact Record with Detail Line Item Report attached | 1/8/98 | C189 |
| "Revised list of rooms that we are removing the Vinyl wall covering on Exterior walls" | 12/15/97 | C192 |
| Conversation Records | 1/6/98 | C193 |
| Fax (cover only) from Koenig | 1/8/98 | C198 |

| | | |
|---|---|---|
| Memo from Odom | 1/9/98 | C199 |
| Ltr from Curran | 1/8/98 | C200 |
| Fax from Koenig | 1/8/98 | C202 |
| Conversation Records | 1/9/98 | C204 |
| Fax from Koenig (with 1/12 ltr from Johnson attached) | 1/13/98 | C206 |
| Ltr from Johnson | 1/12/98 | C210 |
| Email from Koenig | 1/15/98 | C215 |
| Fax from Koenig (with 1/15 ltr from Koenig attached) | 1/15/98 | C216 |
| Conversation Record | 1/20/98 | C218 |
| Ltr from Martin (with attached "Revised Finish Schedule" and two tables) | 1/20/98 | C219 |
| Ltr from Vinson | 1/20/98 | C225 |
| Ltr from Johnson (with attached "Punch List Summary") | 1/22/98 | C226 |
| Fax from Koenig (with ltr from Johnson attached) | 1/22/98 | C230 |
| Ltr from Koenig | 1/22/98 | C233 |
| Ltr from Martin | 1/23/98 | C234 |
| Ltr from Martin | 1/23/98 | C236 |
| Ltr from Vinson | 1/26/98 | C240 |
| Ltr from Martin | 1/29/98 | C241 |
| "Draft" Rpt from CH2M Hill | 1/29/98 | C245 |
| Conversation Record | 2/3/98 | C250 |

| | | |
|---|---|---|
| Ltr from Koenig | 2/5/98 | C251 |
| Fax from Koenig (with ltr from Johnson attached) | 2/5/98 | C252 |
| Ltr from Martin | 2/6/98 | C254 |
| Ltr from Johnson | 2/10/98 | C256 |
| Fax from Koenig (with ltr from Koenig and "final" rpt from CH2M Hill attached) | 2/10/98 | C257 |
| Memo from Marrs | 2/11/98 | C264 |
| Ltr from Martin | 3/18/98 | C265 |
| Ltr from Koenig | 3/24/98 | C270 |
| Ltr from Martin | 3/26/98 | C271 |
| Conversation Records | 5/98 | C273 |
| Fax from Koenig (with "Pensacola Courthouse Rent Payment Summary" attached) | 5/28/98 | C277 |
| Fax from Davis (with attachments re "interest calculation") | 5/26/98 | C280 |
| Email from Marrs | 6/18/98 | C285 |
| Ltr from Mossing | 6/5/98 | C287 |
| Ltr from Ducote | 6/15/98 | C289 |
| Routing Slip | 6/8/98 | C290 |
| Ltr from Bitterlich (with attachments) | 6/19/98 | C291 |
| Rpt from Thompson Eng | 6/30/98 | C299 |
| Ltr from Bitterlich | 6/23/98 | C301 |

| | | |
|---|---|---|
| Rpt from Thompson Eng | 6/23/98 | C302 |
| Moisture/Mildew Insp Summary | 7/21/98 | C306 |
| Ltr from Bitterlich (with attachment) | 8/14/98 | C311 |
| Email from (Koenig?) | 8/13/98 | C314 |
| Moisture/Mildew Insp Summary | 8/13/98 | C315 |
| Ltrs from Bitterlich | 8/27/98 | C320 |
| Rpts from Thompson Eng | 8/13/98 | C322 |
| Ltr from Vinson | 9/22/98 | C329 |
| District Court Punchlist | 5/26/98 | C332 |
| Ltr from CH2M Hill | 10/5/98 | C342 |

**Group D**

**Documents on Delays to Occupancy by Outside Contractors April 1997 to March 1998** **D001**

| | | |
|---|---|---|
| Email from Koenig | 4/22/97 | D002 |
| Ltr from Lockley | 4/28/97 | D003 |
| Fax from Clerk's Office | 5/12/97 | D004 |
| Fax from Clerk's Office (with ltr from Mossing and estimates from ADT attached) | 6/5/97 | D009 |
| Ltr from Koenig | 6/9/97 | D012 |
| Fax from Koenig | 6/13/97 | D013 |
| Email from Koenig | 6/13/97 | D014 |
| Email from Koenig | 6/24/97 | D015 |

| | | |
|---|---|---|
| Fax from Koenig (with fax from ADT attached) | 6/26/97 | D016 |
| Email from Pulling | 6/27/97 | D022 |
| Conversation Record | 6/25/97 | D023 |
| Email from Murphy | 6/30/97 | D024 |
| Ltr from Paul | 7/8/97 | D025 |
| Ltr from Koenig | 7/15/97 | D027 |
| Message Confirmation (with ltr from Sawyer attached) | 7/16/97 | D030 |
| Ltr from Thacker | 7/17/97 | D032 |
| Fax from Koenig (with ltr from Koenig attached) | 7/17/97 | D033 |
| Email from Sawyer | 7/18/97 | D035 |
| Ltr from Phillips | 7/21/97 | D036 |
| Ltr from Bridgman | 7/21/97 | D037 |
| Email from Koenig (with attached status rpt) | 7/21/97 | D039 |
| Emails from Sawyer and Koenig | 7/25/97 | D042 |
| Conversation Record | 8/14/97 | D044 |
| Conversation Record | 8/15/97 | D045 |
| Email from Koenig | 8/22/97 | D046 |
| Fax from ADT | 8/24/97 | D047 |
| Fax from Koenig | 9/3/97 | D050 |
| Conversation Record with attached | | |

| | | |
|---|---|---|
| excerpts from Meeting Memos | 9/4/97 | D053 |
| Email from Koenig | 9/5/97 | D058 |
| Ltrs from Peck | undated | D059 |
| Ltr from Mossing with attached Specifications for Special Signal Systems | 10/31/97 | D061 |
| Ltr from Mossing | 10/23/97 | D069 |
| Conversation Record | 11/4/97 | D071 |
| Conversation Records | 11/11/97 | D072 |
| Email from Marrs | 11/20/97 | D074 |
| Email from Ducote | 11/24/97 | D075 |
| Emails from various persons | 12/2/97 | D076 |
| Ltr from Martin | 1/29/98 | D084 |
| Ltr from Marrs | 2/11/98 | D088 |
| Ltr from ADT | 3/5/98 | D089 |
| Emails from Mossing and Marrs | 3/11/98 | D090 |