# *In the United States Court of Federal Claims*

| | | |
|---|---|---|
| **Palafox Street Associates, LP, et. al.** **Plaintiffs,** | ) | |
| v. | ) | **No. 99-898C** **Judge C. Miller** |
| **The United States,** **Defendant** | ) | |

**PLAINTIFFS' FIRST AMENDED EXHIBIT AND WITNESS LISTS**

In accordance with the Rules of the United States Court of Federal Claims ("RCFC"), and pursuant to the agreement of the parties, Plaintiffs hereby submit their exhibit and witness lists for the upcoming trial. Because several discovery items remain outstanding based on recent orders of the Court, Plaintiffs reserve the right to supplement these lists appropriately upon the conclusion of all pretrial discovery.

Dated: September 7, 2006

Respectfully submitted,

Herman M. Braude
Attorney for Plaintiffs
Gerson B. Kramer, *of counsel*
Michael A. Lewis, *of counsel*
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 (tel)
(202) 471-5404 (fax)

EXHIBIT 3

# CERTIFICATE OF SERVICE

I certify that on September 7, 2006, a copy of the foregoing was served by electronic mail on the following:

John Groat, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Dept of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

**PLAINTIFFS' EXHIBIT LIST (September 7, 2006)**

| | | |
|---|---|---|
| P1. | Certified Claims of Keating and Palafox | 6/30/98 |
| P2. | Email from Koenig | 12/17/97 |
| P3. | Ltr from Koenig | 12/18/97 |
| P4. | Ltr from Lehman | 12/22/97 |
| P5. | Memo from Bolt | 12/18/97 |
| P6. | Conversation Record | 12/22/97 |
| P7. | Conversation Records | 1/2/98 |
| P8. | Email from Matthews and Koenig | 1/6/98 |
| P9. | Cost Comparison Chart | undated |
| P10. | Contact Record with Detail Line Item Report attached | 1/8/98 |
| P11. | "Revised list of rooms that we are removing the Vinyl wall covering on Exterior walls" | 12/15/97 |
| P12. | Conversation Records | 1/6/98 |
| P13. | Fax (cover only) from Koenig | 1/8/98 |
| P14. | Memo from Odom | 1/9/98 |
| P15. | Ltr from Curran | 1/8/98 |
| P16. | Fax from Koenig | 1/8/98 |

| | | |
|---|---|---|
| P17. | Conversation Records | 1/9/98 |
| P18. | Fax from Koenig (with 1/12 ltr from Johnson attached) | 1/13/98 |
| P19. | Ltr from Johnson | 1/12/98 |
| P20. | Email from Koenig | 1/15/98 |
| P21. | Fax from Koenig (with 1/15 ltr from Koenig attached) | 1/15/98 |
| P22. | Conversation Record | 1/20/98 |
| P23. | Ltr from Martin (with attached "Revised Finish Schedule" and two tables) | 1/20/98 |
| P24. | Ltr from Vinson | 1/20/98 |
| P25. | Ltr from Johnson (with attached "Punch List Summary") | 1/22/98 |
| P26. | Fax from Koenig (with ltr from Johnson attached) | 1/22/98 |
| P27. | Ltr from Koenig | 1/22/98 |
| P28. | Ltr from Martin | 1/23/98 |
| P29. | Ltr from Martin | 1/23/98 |
| P30. | Ltr from Vinson | 1/26/98 |
| P31. | Ltr from Martin | 1/29/98 |
| P32. | "Draft" Rpt from CH2M Hill | 1/29/98 |

| | | |
|---|---|---|
| P33. | Conversation Record | 2/3/98 |
| P34. | Ltr from Koenig | 2/5/98 |
| P35. | Fax from Koenig (with ltr from Johnson attached) | 2/5/98 |
| P36. | Ltr from Martin | 2/6/98 |
| P37. | Ltr from Johnson | 2/10/98 |
| P38. | Fax from Koenig (with ltr from Koenig and "final" rpt from CH2M Hill attached) | 2/10/98 |
| P39. | Memo from Marrs | 2/11/98 |
| P40. | Ltr from Martin | 3/18/98 |
| P41. | Ltr from Koenig | 3/24/98 |
| P42. | Ltr from Martin | 3/26/98 |
| P43. | Conversation Records | 5/98 |
| P44. | Fax from Koenig (with "Pensacola Courthouse Rent Payment Summary" attached) | 5/28/98 |
| P45. | Fax from Davis (with attachments re "interest calculation") | 5/26/98 |
| P46. | Email from Marrs | 6/18/98 |
| P47. | Ltr from Mossing | 6/5/98 |
| P48. | Ltr from Ducote | 6/15/98 |
| P49. | Routing Slip | 6/8/98 |

| | | |
|---|---|---|
| P50. | Ltr from Bitterlich (with attachments) | 6/19/98 |
| P51. | Rpt from Thompson Eng | 6/30/98 |
| P52. | Ltr from Bitterlich | 6/23/98 |
| P53. | Rpt from Thompson Eng | 6/23/98 |
| P54. | Moisture/Mildew Insp Summary | 7/21/98 |
| P55. | Ltr from Bitterlich (with attachment) | 8/14/98 |
| P56. | Email | 8/13/98 |
| P57. | Moisture/Mildew Insp Summary | 8/13/98 |
| P58. | Ltrs from Bitterlich | 8/27/98 |
| P59. | Rpts from Thompson Eng | 8/13/98 |
| P60. | Ltr from Judge Vinson | 9/22/98 |
| P61. | District Court Punchlist | 5/26/98 |
| P62. | Ltr from CH2M Hill | 10/5/98 |
| P63. | Email from Koenig | 4/22/97 |
| P64. | Ltr from Lockley | 4/28/97 |
| P65. | Fax from Clerk's Office | 5/12/97 |
| P66. | Fax from Clerk's Office (with ltr from Mossing and estimates from ADT attached) | 6/5/97 |
| P67. | Ltr from Koenig | 6/9/97 |

| | | |
|---|---|---|
| P68. | Fax from Koenig | 6/13/97 |
| P69. | Email from Koenig | 6/13/97 |
| P70. | Email from Koenig | 6/24/97 |
| P71. | Fax from Koenig (with fax from ADT attached) | 6/26/97 |
| P72. | Email from Pulling | 6/27/97 |
| P73. | Conversation Record | 6/25/97 |
| P74. | Email from Murphy | 6/30/97 |
| P75. | Ltr from Paul | 7/8/97 |
| P76. | Ltr from Koenig | 7/15/97 |
| P77. | Message Confirmation (with ltr from Sawyer attached) | 7/16/97 |
| P78. | Ltr from Thacker | 7/17/97 |
| P79. | Fax from Koenig (with ltr from Koenig attached) | 7/17/97 |
| P80. | Email from Sawyer | 7/18/97 |
| P81. | Ltr from Phillips | 7/21/97 |
| P82. | Ltr from Bridgman | 7/21/97 |
| P83. | Email from Koenig (with attached status rpt) | 7/21/97 |

| | | |
|---|---|---|
| P84. | Emails from Sawyer and Koenig | 7/25/97 |
| P85. | Conversation Record | 8/14/97 |
| P86. | Conversation Record | 8/15/97 |
| P87. | Email from Koenig | 8/22/97 |
| P88. | Fax from ADT | 8/24/97 |
| P89. | Fax from Koenig | 9/3/97 |
| P90. | Conversation Record with attached excerpts from Meeting Memos | 9/4/97 |
| P91. | Email from Koenig | 9/5/97 |
| P92. | Ltrs from Peck | undated |
| P93. | Ltr from Mossing with attached Specifications for Special Signal Systems | 10/31/97 |
| P94. | Ltr from Mossing | 10/23/97 |
| P95. | Conversation Record | 11/4/97 |
| P96. | Conversation Records | 11/11/97 |
| P97. | Email from Marrs | 11/20/97 |
| P98. | Email from Ducote | 11/24/97 |
| P99. | Emails from various persons | 12/2/97 |

| | | |
|---|---|---|
| P100. | Ltr from Martin | 1/29/98 |
| P101. | Ltr from Marrs | 2/11/98 |
| P102. | Ltr from ADT | 3/5/98 |
| P103. | Emails from Mossing and Marrs | 3/11/98 |
| P184. | Emails from Schlattman and Sears | 3/22/99 |
| P185. | Email from Koenig | 1/14/98 |
| P186. | Email from Koenig | 1/7/98 |
| P187. | Letter from R. Kendig to C. March regarding options for San Carlos Hotel site | 1/06/93 |
| P188. | Letter from R. Kendig to W. Matthews discussing two sites | 4/16/93 |
| P189. | Letter from GSA to Kendig clarifying options and alternate | 01/27/94 |
| P190. | Letter from GSA to Kendig setting cutoff date and reviewing proposal | 01/27/94 |
| P191. | Letter from GSA to Kendig clarifying options and alternate | 02/03/94 |
| P192. | Letter from Kendig to J. Kuykendall discussing fourth option | 03/14/94 |
| P193. | Letter from Kendig to Kuykendall stating "best offer" | 02/02/94 |
| P194. | Letter from Kendig to Kuykendall stating "best offer" | 02/07/94 |

| | | |
|---|---|---|
| P195. | Letter from Kendig to Kuykendall discussing fourth option; minutes from meeting | 03/09/94 |
| P196. | Report of City Council Action; Committee Memorandum | 05/12/94 |
| P197. | Memo from Jen. Fleming | 5/16/94 |
| P198. | Lease of Real Property; Assignable Option for Ground Lease; Declaration of Offer | |
| P199. | Letter from Kendig to Kuykendall; | 05/26/94 |
| P200. | Declaration of Offer (rev) | undated |
| P201. | Lease of Real Prop (rev) | undated |
| P202. | Memo from Jen. Fleming-Revised Draft | 05/23/94 |
| P203. | Letter from John Fleming to | 06/24/94 |
| P204. | D. Curran on revisions to lease | unknown |
| P205. | Letter from D. Curran to John Fleming regarding final versions of Lease | 07/25/94 |
| P206. | Report of City Council Action; | 07/28/94 |
| P207. | Memo of Committee on lease | undated |
| P208. | Letter from John Fleming to D. Curran | 11/22/94 |
| P209. | Letter from Ron head to B. Henderson; Pre-Proposal Conference | 03/06/95 |
| P210. | Letter from R. Head to Tracy Greer | 07/07/95 |

| | | |
|---|---|---|
| | clarifying SFO; Technical/ Price Review Comments | |
| P211. | Letter from Dan Koenig to T. Greer with Amendment #4; Amendment of Solicitation | 08/01/95 |
| P212. | Report of City Council Action | 08/24/95 |
| P213. | Committee Memo approving lease | |
| P214. | City Council Memorandum-Selection of Developer; Notice of Award | 10/10/95 |
| P215. | Letter from D. Curran to Edmond Hinkle regarding notice of award; Assignment of Option; Lease of Real Property | 10/12/95 |
| P216. | Letter from D. Curran to John Fleming; Declaration of Offer of Donation | 11/30/95 |
| P217. | Letter from D. Curran to John Fleming enclosing Declaration of Offer of Donation and Lease of Real Property | 02/27/96 |
| P218. | Excerpts of SFO MFL 93021 | 3/20/95 |
| P219. | Ltr from CO to Keating | 10/3/95 |
| P220. | Legal Concurrence by Diana Parks Curran | 10/10/95 |
| P221. | Finish Schedules | undated |
| P222. | Memo from Vinson | 5/29/96 |

| | | |
|---|---|---|
| P223. | Cover Sheets from Schedule of Finishes Submission | 5/13/96 |
| P224. | Finish Schedules | 7/19/96 |
| P225. | Ltr from Judge Paul | 7/8/97 |
| P226. | Ltr from Koenig | 7/17/97 |
| P227. | Ltr from Phillips | 7/21/97 |
| P228. | Ltr from Bridgeman | 7/21/97 |
| P229. | Email from Koenig with status rpt | 7/21/97 |
| P230. | Fax from Koenig with attchmts | 7/31/97 |
| P231. | Supplemental Lease Agmts | 8/1/97 |
| P232. | Funds Availability Certification | 8/21/97 |
| P233. | Conversation Record | 8/21/97 |
| P234. | Email from Koenig | 8/22/97 |
| P235. | Fax from Pacyga | 8/24/97 |
| P236. | Fax from Koenig | 9/3/97 |
| P237. | Conversation Record | 9/4/97 |
| P238. | Email from Koenig | 9/5/97 |
| P239. | Ltrs from Peck | undated |
| P240. | Conversation Record | 9/9/97 |
| P241. | Conversation Record | 9/10/97 |
| P242. | Fax from Koenig (with Hurst-Rayborn e-mails) | 10/1/97 |
| P243. | Email exchange between | |

| | | |
|---|---|---|
| | Wesley and Wall | 10/6/97 |
| P244. | DeBord/Wesley/Marrss emails | 10/8/97 |
| P245. | Conversation Record | 10/6/97 |
| P246. | Fax re moisture entrapment | 10/3/97 |
| P247. | Thompson Eng'g Report | 10/7/97 |
| P248. | Ltr from Vinson | 10/9/97 |
| P249. | Marrs/Phillips Response | 10/10/97 |
| P250. | Memo from Antrobus | 10/15/97 |
| P251. | Ltr from Vann | 10/15/97 |
| P252. | Ltr from Sencindiver | 10/17/97 |
| P253. | Thompson Eng'g Report | 10/19/97 |
| P254. | Article re vinyl and mildew | 10/19/97 |
| P255. | Ltr from Vann | 10/23/97 |
| P256. | Ltr from Sencindiver | 10/23/97 |
| P257. | Ltr from Johnson | 10/23/97 |
| P258. | Ltr from Johnson | 10/23/97 |
| P259. | Ltr from Marcus | 10/27/97 |
| P260. | Conversation Record | 10/30/97 |
| P261. | Certificate of Occupancy | 9/17/97 |
| P262. | Ltr from Koenig | 10/30/97 |
| P263. | Conversation Records | 11/4/97 |
| P264. | Ltr from Sencindiver | 11/4/97 |
| P265. | Fax from Wass | 11/3/97 |

| | | |
|---|---|---|
| P266. | Ltr from CH2MHill | 11/3/97 |
| P267. | Conversation Record | 11/11/97 |
| P268. | Conversation Record | 11/11/97 |
| P269. | Conversation Record | 11/11/97 |
| P270. | Fax from Koenig with CH2MHill Ltr | 11/12/97 |
| P271. | Ltr from Johnson | 11/12/97 |
| P272. | Conversation Record | 11/12/97 |
| P273. | Ltr from Atchison w/Attachments | 11/12/97 |
| P274. | Conversation Records | 11/13/97 |
| P275. | Fax/mail from Bitterlich | 11/14/97 |
| P276. | Conversation Records | 11/14/97 |
| P277. | Memo from Bolt | 10/27/97 |
| P278. | Trend reports | 10/24/97 |
| P279. | Rprt from CH2MHill | 11/14/97 |
| P280. | Ltr from Koenig | 11/18/97 |
| P281. | Ltr from CH2MHill | 11/21/97 |
| P282. | Ltr from Thacker | 11/21/97 |
| P283. | Email from Marrs | 11/25/97 |
| P284. | Transmittal cover sheet | 10/3/97 |
| P285. | Ltr from Koenig | 11/28/97 |
| P286. | Ltr from Sencindiver | 12/8/97 |
| P287. | List of Rooms | 12/10/97 |
| P288. | Punch List Summary | 12/12/97 |

| | | |
|---|---|---|
| P289. | D&O Lists | various |
| P290. | Ltr from Johnson | 12/15/97 |
| P291. | Ltr from Koenig | 12/15/97 |
| P292. | Conversation Records | 12/17/97 |
| P293. | Fax from Koenig | 12/16/97 |
| P294. | Ltr from Vinson | 12/17/97 |
| P295. | GSA Audit Report | 2/8/01 |
| P296. | Auditor's Close-Out Comments | undated |
| P297. | Sears/Matthews emails | 3/22/99 |
| P298. | Diana Parks Curran Notes (4 sheets) | 3/1/95 |
| P299. | Committee Memorandum | 7/26/94 |
| P300. | Ltr from Fleming re lease term amendment | 4/95 |
| P301. | Ltr from Curran to Fleming | 2/27/95 |
| P302. | Schlattman/Matthews emails | 9/29/98 |
| P303. | Vinson/Schlattman emails | 4/15/99 |
| P304. | Marked-up Copy of Recorded Donation Agmt | unknown |
| P305. | Ltrs from Haskell re SFO with handwritten cmts ("GSA Attorney" documents) | 1995 |
| P306. | Curran Ltr to Fleming (with proposed Declaration of Offer of Donation) | 6/6/94 |
| P307. | Ltr from Hatchett to Thacker | 10/20/97 |
| P308. | Curran Notes | 2/14/98 |
| P309. | Curran Notes (starting with Consultant's Report) | undated |
| P310. | Curran Notes of meeting planned for 4/9/99 | undated |

| | | |
|---|---|---|
| P311. | Curran Notes | 2/4/98 |
| P312. | Matthews emails | 10/9/98 |
| P313. | Currant Notes | 10/15/[98] |
| P314. | Emailed Ducote Memo | 9/29/98 |
| P315. | Phillips emails | 10/9/98 |
| P316. | Curran email to Schlattman | 9/29/98 |
| P317. | Kendig-Kuykendall Ltr with notes | 3/14/94 |
| P318. | Memo from Judge Paul to Matthews et al | 3/28/94 |
| P319. | Ltr from Curran to Doody | 3/23/95 |
| P320. | Memo from Kuykendall to Howerton with enclosed easement agreement | |
| P321. | Fleming Ltr to Curran | 3/30/95 |
| P322. | Curran Ltr to Fleming | 7/31/95 |
| P323. | Curran Ltr to Fleming with enclosures | 11/30/95 |
| P324. | Currant Ltr to Fleming with enclosed Declaration of Offer (with handwritten notes) | 11/27/96 |
| P325. | Curran Ltr to Fleming | 10/15/96 |
| P326. | Curran Notes | 2/22/95 |
| P327. | Ltr from CO Head to Keating enclosing minutes pre-bid conference | 3/6/95 |
| P328. | Handwritten note re Greensboro options | unknown |
| P329. | Koenig/Head fax to Haskell with Curran notes | 2/17/95 |
| P330. | Routing slip with Curran notes and attached GFARS Deviation Approval memo | 7/27/95 |

| | | |
|---|---|---|
| P331. | Contact Record by Curran | 8/14/95 |
| P332. | Curran notes | 10/1/95 |
| P333. | Email from Curran to Koenig and Johnson | 9/3/96 |
| P334. | Conversation Record | 5/20/96 |
| P335. | Curran Notes (3 pages) | 4/10/95 |
| P336. | Matthews e-mail to Vaughn and others | 06/11/99 |
| P337. | Matthews/Bridgeman/Cobb/Mossing email chain | 9/29/98 |
| P338. | Koenig email to Phillips | 1/7/98 |
| P339. | Matthews email to Parks and others | 10/31/96 |
| P340. | Handwritten list of personnel attending pre-bid | undated |

## PLAINTIFFS' WITNESS LIST (September 7, 2006)

Proposed witnesses for Plaintiffs' Case-in-Chief (with affiliations in parentheses)

1) Diana Parks Curran (GSA)

   Ms. Curran was an attorney-adviser in the regional office of the GSA during all of the events involved in this lawsuit. She expected to testify about communications between GSA and the City of Pensacola over the Palafox Street property involved in this litigation; about the solicitation process that led to the current contract between Plaintiffs and the government, and about the disputes that arose after performance commenced. She is also expected to testify about many of the documents related to those events.

2) Dan Koenig (GSA)

   Dan Koenig was a realty specialist in the regional office of the GSA, and in that capacity he performed as a project manager during the early phases of contract negotiations and performance by Plaintiffs. In particular he oversaw and generated many documents related to the issues in this case. He also communicated with Plaintiffs over the fraud/misrepresentation issues in this lawsuit. He is currently working in South America as a missionary and may be outside of the Court's subpoena power during trial.

3) Bill Matthews (GSA)

   Mr. Matthews is a senior official at GSA's regional office in Atlanta. He is a familiar with all aspects of this case, including GSA's communications with its tenant agencies and with the issues raised in Plaintiffs' certified claims and the GSA's responses to those issues.

4) Mark Sears (GSA)

   Mark Sears is a GSA employee in Atlanta. He is familiar with several issues raised by the certified claims submitted by Plaintiffs. He is expected to be called to testify about communications he had with the contracting officer.

5) John Fleming (Pensacola)

Mr. Fleming is an attorney for the City of Pensacola. He is expected to testify about events communications with GSA before, during and after the formation of certain agreements between the City and GSA, as well as about documents related to those agreements.

6) Jennifer Fleming (Pensacola)

Jennifer Fleming was employed in economic development for agency that is either affiliated with or contracting with the City of Pensacola. Mrs. Fleming is expected to testify about events in the mid-1990s leading up to the agreement to donate the Palafox Street site for the use of the federal government.

7) Karen Johnson (GSA)

Ms. Johnson is the contracting officer who administered the contract between Plaintiffs and GSA. Ms. Johnson is expected to testify about all aspects of her communications with Plaintiffs and her review of the issues raised in the Plaintiffs' certified claims, in particular the decision to withhold rental payments from Plaintiffs.

8) Don Bitterlich (Keating)

Mr. Bitterlich was Keating's project manager during the construction phase of Plaintfifs' contract. He is expected to testify about all aspects of that phase of the work as well as the issues raised in Plaintiffs' certified claims, including the damages claimed by Plaintiffs and their subcontractor, Keating Building Company.

9) Mike Sencindiver (Keating)

Mr. Sencindiver, a former Vice President of Keating, is expected to testify about Keating's decision to submit a proposal for the contract that is involved in this case, and about the assumptions that were made by Keating , the preparation and revisions to the proposal, and Keating's damages claimed by Keating in connection with the government's misrepresentation about the options in the contract. Mr. Sencindiver will also testify about communications with GSA officials over rent withholdings, prospective restructuring of the lease, and prospective exercise of the options in Plaintiffs' contract.

10) Dennis Martin (Keating)

Mr. Martin, former President of Keating, was the official who certified the claims on appeal in this case. Mr. Martin will likely testify about the damages claimed by Keating in connection in this case. Mr. Martin will also testify about his communications with GSA officials over rent withholdings, prospective restructuring of the lease, and prospective exercise of the options in Plaintiffs' contract, and other contract administration issues.

11) Lewis Newlan (Thompson Eng'g)

Mr. Newlan was an expert hired by Plaintiffs in 1997-98 to investigate the mold outbreak that is a subject in dispute in this case. He recorded his findings contemporaneously in several reports that were furnished to the government at that time, and he is likely to testify about those reports at trial.

12) Tracy Greer (Keating)

Ms. Greer is a former project manager of Keating. She may be called to testify about certain issues related the preparation of a modifications to Keating's proposal for the project, and about early contract administration issues.

13) A Custodian of Records for the City of Pensacola

A custodian of records may be called to identify and authenticate certain documents from the City of Pensacola.

14) William McCool, Clerk, Northern District of Florida

Mr. McCool is the Clerk for the federal courthouse at issue in this case. He may be called to identify and authenticate certain records from that courthouse.