IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PALAFOX STREET ASSOCIATES, L.P., et. al., Plaintiffs, | ) | No. 99-898C |
| v. | ) | (Judge C. Miller) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S APPENDIX A WITNESS LIST

1. Mr. Ronald L. Head
Deputy Director, Portfolio Management
Asset Management Branch (4PTA)
77 Forsyth St
Room: 450
Atlanta, GA 30303
(404) 562-0677

Mr. Head served a GSA realty specialist who developed agency lease requirements and addressed contractual issues in preparing the solicitation for the Pensacola Courthouse Project. Mr. Head was a contracting officer whose warrant was limited to real estate transactions. Mr. Head, as the procurement team leader, worked on the solicitation and award of the contract. Mr. Head may be called to testify to address his personal knowledge and Palafox's various contentions of entitlement.

2. Ms. Karen E. Johnson
Contracting Officer
Realty Specialist
Leasing Branch A (4PEA)
77 Forsyth St.
Room: 500
Atlanta, GA 30303
(404) 562-2760

Ms. Johnson is a contracting officer/realty specialist. Ms. Johnson assumed the administration of the project from Mr. Head. Although not involved in the procurement of the project, Ms. Johnson was the contracting officer responsible for the administration of the contract and worked on lease issues that arose during the course of the construction. Ms. Johnson also issued the Contracting Officer's Final Decision Letter, dated October 30, 1998 to Palafox Street Associates, LP. Ms. Johnson may be called to testify to address Palafox's various contentions of entitlement.

3. Mr. Rufus (Buzzy) H. Ducote, III
Project Manager
Project Management Division (4PF)
201 Saint Micheal St.
Room: First Floor
Mobile, AL 36602
(251) 441-5363

Mr. Ducote served as the Building Manager for the Pensacola Courthouse during the time period when the Government occupied the building. Mr. Ducote may testify to the issues that arose right after occupancy, including water infiltration, the mold and mildew problems, and the sagging acoustical panels. Mr. Ducote may be called to testify to address his personal knowledge as it relates to Palafox's various contentions of entitlement.

5. Mr. William Matthews
Assistant Commissioner
Office of Real Property Asset Mgmt (PV)
1800 F Street NW
Room: 7300
Washington, DC 20405-0001
(202) 501-0638

Mr. Matthews was the Director of Portfolio Management for the Southeast Sunbelt Region (Region 4) located in Atlanta, GA. Mr. Matthews supervised all of GSA's real property leasing efforts in Region 4. In relation to this project, Mr. Matthews oversaw the procurement and construction of the project. Mr. Matthews may be called to testify to his involvement with the project.

6. Ms. Diana Parks Curran
Former Assistant Regional Counsel, Region 4
Curran Legal Services Group, Inc.
5145 Cralyn Court
Duluth, Georgia 30097
(404) 556-7341 Cell and Office

Before the contract award and during contract performance, Ms. Parks-Curran was the Assistant Regional Counsel assigned to the Pensacola Courthouse project. Ms. Parks-Curran provided legal advice and counsel during both prior to award and during the administration of the contract and may testify regarding her involvement. Ms. Curran may be called to testify regarding her involvement with the project.

8. Mr. John Fleming
850-435-1615
Assistant City Attorney
City of Pensacola
180 Governmental Center
P.O. Box 12910
Pensacola, Florida 32521

Mr. Fleming may be called to testify regarding his involvement with the property lease and donation document.

9. Mr. Michael Sencindiver
Keating Development Company

Mr. Sencindiver may be called to testify regarding the action he would have taken had he been aware of the the intention of the City of Pensacola to donate the property to the United States.

10. Mr. Dennis Martin
Keating Development Company

Mr. Martin may be called to testify to Palafox's production of documents to the United States.

11. Mr. Don Bitterlich
Keating Development Company

Mr. Bitterlich may be called to testify regarding his efforts to obtain a copy of the donation document.

12. Ms. Judy Stewart
Regional Counsel
Office of Regional Counsel, Region 4
77 Forsyth Street
Room: 600
Atlanta, GA 30303
(404) 331-2382

Ms. Stewart is the Regional Counsel for the Southeast Sunbelt Region, Region 4 located in Atlanta, GA. As the Regional Counsel, Ms. Stewart oversees the Regional Counsel Office's practice in maintaining and retention of all records and case files associated with any project, lease and/or litigation matter concerning Region 4. She may be called to testify to records kept and maintained by Diana Parks Curran during all phases of the Pensacola Courthouse Project.

12.

The Government reserves the right to call any witnesses Palafox identifies.

July 17, 2006

CASE NAME: Palafox v. United States NUMBER: Fed. Cl. No. 99-898C **ATTACHMENT A**

EXHIBITS OF DEFENDANT, UNITED STATES

| Number | Date | Description of Exhibit | ID | Obj | Adm | Witness | Date |
|---|---|---|---|---|---|---|---|
| 1001 | various | Solicitation with amendments and supplemental lease agreements | | | | | |
| 1002 | 5/12/94 | Report of City Council Action | | | | | |
| 1003 | 5/12/94 | Report of City Council Action (Ex 33) | | | | | |
| 1004 | 5/16/94 | Memorandum of Jennifer Flemming | | | | | |
| 1005 | 5/23/94 | Memorandum of Jennifer Flemming | | | | | |
| 1006 | 5/26/94 | City of Pensacola letter | | | | | |
| 1007 | 6/24/94 | City of Pensacola fax | | | | | |
| 1008 | 7/25/94 | GSA letter | | | | | |
| 1009 | 7/28/94 | Report of City Council Action | | | | | |
| 1010 | 11/22/94 | City of Pensacola letter | | | | | |
| 1011 | 3/6/96 | GSA letter | | | | | |
| 1012 | 3/6/96 | GSA letter | | | | | |
| 1013 | 7/7/95 | GSA letter | | | | | |
| 1014 | 8/24/95 | Report of City Council Action | | | | | |
| 1015 | | Omitted | | | | | |
| 1016 | 10/10/95 | City Council Memorandum | | | | | |
| 1017 | 10/12/95 | GSA letter | | | | | |

| Number | Date | Description of Exhibit | ID | Obj | Adm | Witness | Date |
|---|---|---|---|---|---|---|---|
| 1018 | 11/30/95 | GSA letter | | | | | |
| 1019 | 2/26/96 | GSA fax to D. Bitterlich | | | | | |
| 1020 | 2/27/96 | GSA letter to J Fleming | | | | | |
| 1021 | 6/26/96 | Keating Conversation Record | | | | | |
| 1022 | 2/27/96 | GSA letter to M. Sencindiver | | | | | |
| 1023 | 10/16/96 | Keating letter (FOIA request) | | | | | |
| 1024 | | Unused | | | | | |
| 1025 | | Unused | | | | | |
| 1026 | | Unused | | | | | |
| 1027 | | Unused | | | | | |
| 1028 | | GSA letter | | | | | |
| 1029 | | Unused | | | | | |
| 1030 | 3/4/97 | Keating Project Summary | | | | | |
| 1031 | | Unused | | | | | |
| 1032 | 6/5/95 | Keating Conversation Record | | | | | |
| 1033 | 6/9/95 | Keating Conversation Record | | | | | |
| 1034 | 6/11/97 | Woodward Contract letter | | | | | |
| 1035 | 6/23/97 | Circle Wallcoverings Inc. letter | | | | | |
| 1036 | | | | | | | |
| 1037 | 7/2/97 | Keating Conversation Record | | | | | |

| Number | Date | Description of Exhibit | ID | Obj | Adm | Witness | Date |
|---|---|---|---|---|---|---|---|
| 1038 | 7/16/97 | Keating Conversation Record | | | | | |
| 1039 | 7/18/97 | Circle Wallcoverings Inc. letter | | | | | |
| 1040 | 7/24/97 | Keating Conversation Record | | | | | |
| 1041 | 8/4/97 | Keating Conversation Record | | | | | |
| 1042 | 7/30/97 | Keating Conversation Record | | | | | |
| 1043 | | Unused | | | | | |
| 1044 | 8/12/97 | Keating Conversation Record | | | | | |
| 1045 | | Keating Conversation Record with 8/12/97 attachment | | | | | |
| 1046 | 8/13/97 | Keating Conversation Record | | | | | |
| 1047 | 9/21/97 | U.S. District Court letter | | | | | |
| 1048 | | Unused | | | | | |
| 1049 | 9/10/97 | Keating Conversation Record | | | | | |
| 1050 | 9/10/97 | Keating Conversation Record (Cert. Of Occupancy) | | | | | |
| 1051 | 9/19/97 | Keating Conversation Record | | | | | |
| 1052 | | Unused | | | | | |
| 1053 | 9/18/97 | Keating Conversation Record | | | | | |
| 1054 | 9/19/97 | Keating Conversation Record | | | | | |
| 1055 | | Unused | | | | | |
| 1056 | | Unused | | | | | |
| 1057 | 9/29/97 | Circle Wallcoverings Inc. letter | | | | | |

| Number | Date | Description of Exhibit | ID | Obj | Adm | Witness | Date |
|---|---|---|---|---|---|---|---|
| 1058 | 10/6/97 | Keating Conversation Record | | | | | |
| 1059 | 10/6/97 | Keating Conversation Record | | | | | |
| 1060 | | Unused | | | | | |
| 1061 | 10/29/97 | Keating Conversation Record | | | | | |
| 1062 | 10/30/97 | Keating Conversation Record | | | | | |
| 1063 | 10/30/97 | Keating Conversation Record (Chiller) | | | | | |
| 1064 | 10/30/97 | Keating Conversation Record (Certificate of Occupancy) | | | | | |
| 1065 | 10/30/97 | Keating Conversation Record (QCI) | | | | | |
| 1066 | | Unused | | | | | |
| 1067 | 10/30/97 | Keating Conversation Record (Air Balance) | | | | | |
| 1068 | 10/30/97 | Keating Conversation Record (Aluminum Insulation) | | | | | |
| 1069 | | Unused | | | | | |
| 1070 | | Unused | | | | | |
| 1071 | ?/?/97 | Keating Conversation Record (final chiller data) | | | | | |
| 1072 | 10/30/97 | GSA letter | | | | | |
| 1073 | | Unused | | | | | |
| 1074 | 11/4/97 | Keating Conversation Record | | | | | |
| 1075 | 11/4/97 | Keating Conversation Record | | | | | |
| 1076 | | Unused | | | | | |

| Number | Date | Description of Exhibit | ID | Obj | Adm | Witness | Date |
|---|---|---|---|---|---|---|---|
| 1077 | 11/4/97 | Keating Conversation Record | | | | | |
| 1078 | 11/4/97 | Keating Conversation Record (final punchlist) | | | | | |
| 1079 | 11/4/97 | Keating Memorandum (C. Vann) | | | | | |
| 1080 | 11/5/97 | Keating Conversation Record | | | | | |
| 1081 | 11/5/97 | Keating letter | | | | | |
| 1082 | 11/10/97 | Keating Conversation Record (elevator) | | | | | |
| 1083 | 11/10/97 | Keating Conversation Record (punch list) | | | | | |
| 1084 | 11/10/97 | Keating Conversation Record (roof) | | | | | |
| 1085 | 11/10/97 | Keating Conversation Record (leaks) | | | | | |
| 1086 | | Unused | | | | | |
| 1087 | 11/10/97 | Keating Memorandum (C. Vann) | | | | | |
| 1088 | 11/10/97 | Keating letter | | | | | |
| 1089 | 11/11/97 | Keating Conversation Record | | | | | |
| 1090 | | Unused | | | | | |
| 1091 | 11/11/97 | Keating Memorandum (C. Vann) | | | | | |
| 1092 | 11/12/97 | Keating Conversation Record | | | | | |
| 1093 | 11/12/97 | Keating Memorandum (C. Vann) | | | | | |
| 1094 | 11/13/9 | Keating Memorandum (C. Vann) | | | | | |

| Number | Date | Description of Exhibit | ID | Obj | Adm | Witness | Date |
|---|---|---|---|---|---|---|---|
| 1095 | 11/18/97 | Keating Memorandum (C. Vann) | | | | | |
| 1096 | 11/19/97 | Keating Memorandum (C. Vann) | | | | | |
| 1097 | 11/19/97 | Keating letter | | | | | |
| 1098 | 07/07/92 | | | | | | |
| 1099 | 12/2/97 | Circle Wallcoverings Inc. letter | | | | | |
| 1100 | | Unused | | | | | |
| 1101 | 12/3/97 | Keating Conversation Record | | | | | |
| 1102 | 12/5/97 | Circle Wallcoverings Inc. letter | | | | | |
| 1103 | 12/22/97 | Keating Conversation Record | | | | | |
| 1104 | 1/2/98 | Keating Conversation Record | | | | | |
| 1105 | 1/12/90 | Keating Conversation Record | | | | | |
| 1106 | | Unused | | | | | |
| 1107 | 1/12/98 | GSA letter | | | | | |
| 1108 | 1/13/98 | Keating Conversation Record * | | | | | |
| 1109 | 1/13/98 | GSA letter | | | | | |
| 1110 | 1/15/98 | Circle Wallcoverings Inc. letter | | | | | |
| 1111 | 1/15/98 | Keating letter | | | | | |
| 1112 | 1/16/98 | F. Jacoby letter | | | | | |
| 1113 | 1/22/98 | GSA letter | | | | | |
| 1114 | 1/23/98 | Keating letter | | | | | |
| 1115 | 2/18/98 | Keating Conversation Record | | | | | |

| Number | Date | Description of Exhibit | ID | Obj | Adm | Witness | Date |
|---|---|---|---|---|---|---|---|
| 1116 | 2/25/98 | Keating Conversation Record | | | | | |
| 1117 | 2/25/98 | Keating letter | | | | | |
| 1118 | 3/2/98 | Masonry Arts letter | | | | | |
| 1119 | 3/2/98 | Masonry Arts letter (with notes) | | | | | |
| 1120 | 3/4/98 | Keating Conversation Record | | | | | |
| 1121 | 3/9/98 | Keating Conversation Record | | | | | |
| 1122 | 3/6/98 | Keating Conversation Record | | | | | |
| 1123 | 3/9/98 | Keating Conversation Record | | | | | |
| 1124 | 3/9/98 | Keating Conversation Record | | | | | |
| 1125 | 3/23/98 | Keating Conversation Record * | | | | | |
| 1126 | 3/27/98 | Keating Conversation Record * | | | | | |
| 1127 | 3/30/98 | Keating Conversation Record * | | | | | |
| 1128 | 4/7/98 | CE#258 Mold/Mildew* | | | | | |
| 1129 | 4/8/98 | Keating Conversation Record * | | | | | |
| 1130 | 4/13/98 | F Jacoby letter* | | | | | |
| 1131 | 4/14/98 | Keating Conversation Record * | | | | | |
| 1132 | 4/20/98 | GSA letter | | | | | |
| 1133 | 4/24/98 | D. Bitterlich memo* | | | | | |
| 1134 | 4/24/98 | Keating letter | | | | | |
| 1135 | 4/24/98 | Keating letter | | | | | |
| 1136 | 4/30/98 | KBJ letter | | | | | |

| Number | Date | Description of Exhibit | ID | Obj | Adm | Witness | Date |
|---|---|---|---|---|---|---|---|
| 1137 | 4/30/98 | Keating letter | | | | | |
| 1138 | 5/4/98 | Keating Conversation Record * | | | | | |
| 1139 | | Unused | | | | | |
| 1140 | 5/6/98 | J. Jacoby letter | | | | | |
| 1141 | 5/11/98 | Keating Conversation Record * | | | | | |
| 1142 | 5/12/98 | Keating letter | | | | | |
| 1143 | 5/18/98 | Keating Conversation Record * | | | | | |
| 1144 | 5/26/98 | Keating Conversation Record * | | | | | |
| 1145 | 5/28/98 | GSA letter | | | | | |
| 1146 | 5/27/98 | Keating letter | | | | | |
| 1147 | 6/1/98 | Keating Conversation Record * | | | | | |
| 1148 | | Unused | | | | | |
| 1149 | 6/8/98 | Keating Conversation Record * | | | | | |
| 1150 | 6/9/98 | Keating Conversation Record * | | | | | |
| 1151 | 6/9/98 | Keating Conversation Record * | | | | | |
| 1152 | 6/25/98 | Keating letter | | | | | |
| 1153 | 7/23/98 | Keating letter | | | | | |
| 1154 | 7/28/98 | F. Jacoby letter | | | | | |
| 1155 | | Unused | | | | | |
| 1156 | 8/26/98 | Keating project cost report | | | | | |
| 1157 | 9/2/98 | Keating letter | | | | | |

| Number | Date | Description of Exhibit | ID | Obj | Adm | Witness | Date |
|---|---|---|---|---|---|---|---|
| 1158 | 10/2/98 | GSA letter | | | | | |
| 1159 | 10/8/98 | Keating Conversation Record | | | | | |
| 1160 | 2/23/98 | D. Godfrey letter | | | | | |
| 1161 | | Unused | | | | | |
| 1162 | 1/12/01 | Palafox discovery responses | | | | | |
| 1163 | 12/30/05 | Deposition of Dennis Martin | | | | | |
| 1164 | 6/29/06 | Palafox letter | | | | | |
| 1165 | | | | | | | |
| 1166 | | The Government reserves the right to offer into evidence all exhibits identified by Palafox as exhbits and previosuly field with the court. | | | | | |
| 1167 | | The Government reserves the right to offer into evidence all exhibits identified in light of the Government's pending motion to compel and the Court's <u>in camera</u> review of Palafox's documents. | | | | | |
| 1168 | | The Government intends to subpoena all the documents produced by Palafox, but does not intend to offer those documents into evidence. | | | | | |
| 1169 | | | | | | | |
| 1170 | 6/30/98 | Palafox's claim to the contacting officer with attachments | | | | | |
| 1171 | 10/22/98 | Florida Court House video tape | | | | | |
| 1172 | | | | | | | |
| 1173 | | | | | | | |
| 1174 | | | | | | | |
| 1175 | | | | | | | |