# *In the United States Court of Federal Claims*

| | | |
|---|---|---|
| **Palafox Street Associates, LP, et. al.**<br>**Plaintiffs,**<br><br>**v.**<br><br>**The United States,**<br>**Defendant** | ) | **No. 99-898C**<br>**Judge C. Miller** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs Palafox Street Associates, LP, *et al.* ("Plaintiffs") respectfully request that Court grant them leave to amend the Complaint.

The initial Complaint in this case was filed in 1999 and has never been amended. In preparation for trial, Plaintiffs have determined that an amendment of the factual allegations made in the complaint with respect to Counts I-III (Fraud, Misrepresentation, and Superior Knowledge) should be revised to conform with the evidence that has accumulated from discovery that has taken place since then. The revisions set forth in the proposed Amended Complaint are consistent with the factual allegations raised in Plaintiffs' other pre-trial filings going back to the summary judgment stage in 2002-03.

Undersigned counsel attempted to contact the government's lead trial attorney on this case on September 11, 2006, to determine whether the government would oppose this motion, but Mr. Groat appeared to be on travel and unable to return the call.

Dated: Septemer 11, 2006

Respectfully submitted,

/s/

Herman M. Braude
Attorney for Plaintiffs

Gerson B. Kramer, *of counsel*
Michael A. Lewis, *of counsel*
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 (tel)
(202) 471-5404 (fax)

**CERTIFICATE OF SERVICE**

I certify that on September 11, 2006, a copy of the foregoing was served by electronic means on the following:

John Groat, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Dept of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

________________________________