# *In the United States Court of Federal Claims*

| | | |
|---|---|---|
| **Palafox Street Associates, LP, et. al.**<br>**Plaintiffs,** | ) | |
| **v.** | ) | **No. 99-898C**<br>**Judge C. Miller** |
| **The United States,**<br>**Defendant** | ) | |

**<u>PLAINTIFFS' MOTION FOR LEAVE TO ISSUE SUBPOENAS</u>**

Plaintiffs Palafox Street Associates, LP, *et al.* ("Plaintiffs"), in accordance with Rule 45(b)(2) of the Rules of the United States Court of Federal Claims, respectfully request that Court grant them leave to issue subpoenas to attend trial to several witnesses who will be required to travel more than 100 miles to the courthouse.

The witnesses that Plaintiff wishes to subpoena for trial testimony in Washington, D.C. are the following:

1. Diana Parks Curran. Ms. Curran is a former GSA employee who is a resident of Georgia. Although Ms. Curran has informed Plaintiffs that she has been cooperating with the government under a task-order contract and has received compensation from the government for her testimony, and is represented in this case by the Department of Justice, she has through counselshe has declined to appear voluntarily during the Plaintiffs' portion of the case.

2. William Matthews. Mr. Matthews is a current GSA employee who is a resident of Georgia. Through counsel, Mr. Matthews has declined to appear voluntarily for the Plaintiffs' portion of the case.

3. Ronald Head. Mr. Head is a former contracting officer and/or realty specialist for the GSA and appears to be a current GSA employee. Through counsel, he has declined to appear voluntarily during the Plaintiffs' portion of the case.

4. Daniel Koenig. Mr. Koenig was formerly employed by the GSA as a realty specialist in Georgia and was the government's project manager on the contract at issue in this case from 1995 through at least 1998. Plaintiffs are attempting to determine his whereabouts. As of several months ago, the Justice Department informed Plaintiffs that Mr. Koenig was living in Ecuador and was outside of this Court's subpoena power. The Justice Department has declined to respond to more recent inquiries about Mr. Koenig's whereabouts.

5. Karen Johnson. Ms. Johnson is the contracting officer whose decisions are on appeal in this case. She is a current GSA employee in Atlanta. Although the Justice Department has informed Plaintiffs that Ms. Johnson may be available for the entire trial, Plaintiffs may wish to subpoena her.

6. John Fleming. Mr. Fleming is an attorney for the City of Pensacola who was involved in the land transactions between the government and the City that are at issue in this case.

7. Lewis Newlan. Mr. Newlan was an expert hired by Plaintiffs in 1997 to investigate a mold outbreak that occurred sometime after substantial completion. He prepared contemporaneous reports of his investigation that were furnished to the government, and has factual knowledge related to the Plaintiffs' investigation. He is a resident of Alabama.

Dated: Septemer 13, 2006

Respectfully submitted,

/s/Herman Braude

Herman M. Braude
Attorney for Plaintiffs
Gerson B. Kramer, *of counsel*
Michael A. Lewis, *of counsel*
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 (tel)
(202) 471-5404 (fax)

**CERTIFICATE OF SERVICE**

I certify that on September 13, 2006, a copy of the foregoing was served by electronic means on the following:

John Groat, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Dept of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

/s/Herman Braude