# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PALAFOX STREET ASSOCIATES, LP, *et al.*,** *

Plaintiffs, *

v. * No. 99-898C

**THE UNITED STATES,** * (Filed Sept. 13, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' motion for the authorization of subpoenas filed this date is granted. Accordingly,

**IT IS ORDERED**, as follows:

Service beyond 100 miles from the place of travel in order to testify during trial at the time and place indicated is hereby authorized for the following individuals: Diana Parks Curran, William Matthews, Ronald Head, Daniel Koenig, Karen Johnson, John Fleming, and Lewis Newlan.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge