# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **PALAFOX STREET ASSOCIATES, LP, et al.,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 99-898C |
| **THE UNITED STATES,** | * | (Filed Sept. 14, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the pretrial conference held on September 13, 2006, and for the reasons stated from the bench,

**IT IS ORDERED**, as follows:

1. Plaintiffs' Motion For Leave to File Amended Complaint is granted provisionally, subject to an informal interview of Robert Henderson to be conducted by defense counsel in the presence of plaintiffs' counsel on/or before September 18, 2006, unless the parties agree to a later date. Plaintiff's Amended Complaint is filed this date. Further, plaintiffs shall provide all documents relevant to Mr. Henderson's involvement in the case, other than those already included on defendant's exhibit list.

2. Plaintiffs' Motion For Leave To Amend Their Exhibit List is granted in part and denied in part, as follows:

1) PX297-PX340 are admitted;
2) PX218-PX294 are admitted provisionally, subject to defendant's showing of prejudice at trial; and
3) PX295 and PX296 are excluded unless plaintiffs can make a showing at trial that they provided the Department of Justice with the underlying supporting documentation during discovery.

3. Fed. R. Evid. 615 has been invoked for the exclusion of witnesses.

s/ Christine O. C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge