# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PALAFOX STREET ASSOCIATES, LP., *et al.*,** *

Plaintiffs, *

v. * No. 99-898C

**THE UNITED STATES,** * (Filed Sept. 15, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

During the pretrial conference held on September 13, 2006, plaintiffs' counsel alerted the court to a medical emergency affecting counsel of record and Mr. Jacoby, who intended to take over as lead counsel after obtaining a medical release from his physician. Defense counsel graciously agreed to a postponement if required. On this date plaintiffs' counsel and defense counsel so advised the court. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraph 6 of the order entered on April 18, 2006, is vacated. Trial will be rescheduled by further order.

2. Paragraph 1 of the order entered on September 14, 2006, is modified insofar as counsel can reschedule Mr. Henderson's interview (or deposition) by mutual agreement.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge