# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **PALAFOX STREET ASSOCIATES, LP., *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 99-898C |
| **THE UNITED STATES,** | * | (Filed Sept. 26, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to ¶ 1 of the order entered on September 15, 2006, the parties this date advised the court that they have agreed to new dates for trial. Accordingly,

**IT IS ORDERED**, as follows:

Trial, not to exceed five days, shall commence at 10:00 a.m. on Monday, February 12, 2007, in courtroom 5 of the Howard T. Markey National Courts Building.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge