# Palafox Street Associates, LP

## Present Value of Lease Renewal Period Cash Flows

Calculation of Future Cash Flows

| Lease Year | Term | Annual Rent | Disbursements: Ground Lease | Disbursements: Real Estate Taxes | Disbursements: Insurance | Total Disbursements | Net Cash Flow |
|---|---|---|---|---|---|---|---|
| 21 | 8/1/ 2017 - 7/31/ 2018 | $708,704.00 | 25,000.00 | 250,000.00 | 40,637.50 | 315,637.50 | 393,066.50 |
| 22 | 8/1/ 2018 - 7/31/ 2019 | 708,704.00 | 25,000.00 | 250,000.00 | 41,856.63 | 316,856.63 | 391,847.37 |
| 23 | 8/1/ 2019 - 7/31/ 2020 | 708,704.00 | 25,000.00 | 250,000.00 | 43,112.33 | 318,112.33 | 390,591.67 |
| 24 | 8/1/ 2020 - 7/31/ 2021 | 708,704.00 | 25,000.00 | 250,000.00 | 44,405.70 | 319,405.70 | 389,298.30 |
| 25 | 8/1/ 2021 - 7/31/ 2022 | 708,704.00 | 25,000.00 | 250,000.00 | 45,737.87 | 320,737.87 | 387,966.13 |
| 26 | 8/1/ 2022 - 7/31/ 2023 | 822,138.40 | 25,000.00 | 250,000.00 | 47,110.00 | 322,110.00 | 500,028.40 |
| 27 | 8/1/ 2023 - 7/31/ 2024 | 822,138.40 | 25,000.00 | 250,000.00 | 48,523.30 | 323,523.30 | 498,615.10 |
| 28 | 8/1/ 2024 - 7/31/ 2025 | 822,138.40 | 25,000.00 | 250,000.00 | 49,979.00 | 324,979.00 | 497,159.40 |
| 29 | 8/1/ 2025 - 7/31/ 2026 | 822,138.40 | 25,000.00 | 250,000.00 | 51,478.37 | 326,478.37 | 495,660.03 |
| 30 | 8/1/ 2026 - 7/31/ 2027 | 822,138.40 | 25,000.00 | 250,000.00 | 53,022.72 | 328,022.72 | 494,115.68 |
| | | 7,654,212.00 | 250,000.00 | 2,500,000.00 | 465,863.43 | 3,215,863.43 | 4,438,348.57 |

| Assumptions | |
|---|---|
| Discount Rate - 30 Year Treasury: | 5.651% |
| Discount Rate Date (Source WSJ): | 06/15/98 |
| Discount Date: | 05/31/98 |
| Discount Term (Months): | 350 |

**Net Present Value** 857,222.93

*CLAIM # 2*
*CE #358 - REMEDIATION OF MOLD/MILDEW AT EXTERIOR WALLS WITH VINYL WALLCOVERING*
*#468 U. S. Federal Courthouse, Pensacola, FL*

*SUMMARY OF COSTS*

| | | | |
|---|---|---|---|
| 1 | Remediation I<br>Prior to GSA Stop Order | Phoenix Coatings<br>(Keating Building Corporation) | $2,876. |
| 2 | Sr. Vice Pres./C.O.O.<br>Michael S. Bertino, PE | Keating Building Corporation<br>(13 hrs. @ $100.) | $1,300. |
| 3 | C.F.O.<br>Peter Cocchia, CPA. | Keating Building Corporation<br>(8 hrs. @ $75.) | $600. |
| 4 | Vice President<br>Lester “Tim” Clippinger, Jr. | Keating Building Corporation<br>(27 hrs. @ $65.) | $1,755. |
| 5 | Vice President<br>Dan Dirscherl | Keating Building Corporation<br>(48 hrs. @ $60.) | $2,880. |
| 6 | Project Manager<br>Charles Vann | Keating Building Corporation<br>(506 hrs. @ $66.) | $33,396. |
| 7 | General Superintendent<br>Gus Rusden | Keating Building Corporation<br>(33 hrs. @ $65.) | $2,145. |
| 8 | Project Accountant<br>Lynn Petrovich | Keating Building Corporation<br>(4 hrs. @$35.) | $140. |
| 9 | Controller<br>Joseph Mullen, CPA | Keating Building Corporation<br>(3 hrs. @ $45.) | $135. |
| 10 | Assoc. Corp. Counsel<br>Katherine Koromvokis, Esq. | Keating Building Corporation<br>(10 hrs. @ $$75.) | $750 |
| 11 | Paralegal<br>Rita Karagianis | Keating Building Corporation<br>(36 hrs. @ $25.) | $900. |
| 12 | Contract Administrator<br>Nancy Swallow | Keating Building Corporation<br>(9 hrs. @ $30.) | $270. |
| 13 | Administrative Assistant<br>Barbara Coppola | Keating Building Corporation<br>(184 Hrs. @ $30.) | $5,520. |
| 14 | P.M. Living Expenses | ($750 per month @0.91 x) 4 mos. | $2,730. |
| 15 | P.M. Travel Expense | ($375. per month @ 0.91 x) 4 mos. | $1,365. |
| 16 | Office Equipment Lease | ($612. per month @ 0.91 x) 4 mos. | $2,228. |
| 17 | Proj. Exec. & General Supt. Expenses | Keating Building Corporation<br>Air/Rental/lodging/meals/parking | $3,706. |
| 18 | Telephone/Fax | Keating Building Corporation<br>(Field Office) | $2,500. |

Palafox Claim-0145

| | | | |
|---|---|---|---|
| 19 | Copy/Reproduction | Keating Building Corporation (Field Office) | $2,500. |
| 20 | UPS | Keating Building Corporation (Field Office) | $500. |
| 21 | Telephone/Fax | Keating Building Corporation (Bala Cynwyd Office) | $1,500. |
| 22 | Copy/Reproduction | Keating Building Corporation (Bala Cynwyd Office) | $200. |
| 23 | UPS | Keating Building Corporation (Bala Cynwyd Office) | $200. |
| 24 | 31.205-23:Losses on Other Contracts | Keating Building Corporation | T.B.D. |
| Subtotal (Lines 1 - 24) | | Keating Building Corporation | $ 70,096. |
| Subtotal | | Keating Building Corporation (Mark-up at 10%) | $ 7,010. |
| Subtotal | | Keating Building Corporation | $77,106. |
| | | | |
| 25 | Remediation II After GSA Stop Order | Phoenix Coatings (Reynolds Construction) | $6,728. |
| 26 | Millwork Removal | A.S.T./Reynolds | $2,723. |
| 27 | Plumbing Removal | M.M.I./Reynolds | $ 510. |
| 28 | Drywall F&I - I | Reynolds | $17,279. |
| 29 | Drywall F&I - II | Reynolds | $773. |
| 30 | Millwork Installation | A.S.T./Reynolds | $4,380. |
| 31 | Zolotone Painting | General/Reynolds | $3,575. |
| 32 | Hauling | Reynolds | $308. |
| 33 | Engineer Inspection -I & II | Thompson Engineering | $1,069. |
| 34 | Engineer Inspection - III | Thompson/Reynolds | $1,657. |
| 35 | Engineer Inspection Post Remediation Tests | Thompson Engineering | $2,000. |
| 36 | Contract coordination Post Remediation Tests | Reynolds Construction | $2,000. |

| | | | |
|---|---|---|---|
| 37 | Project Executive<br>Don Bitterlich<br>Post Remediation Tests | Keating Development Company<br>Time/Travel | $10,000. |
| 38 | President<br>Dennis A. Martin, Esq. | Keating Development Company<br>(210 hrs. @ $125) | $26,250. |
| 39 | Vice President<br>Michael V. Sencindiver, Esq. | Keating Development Company<br>(93 hrs. @ $100) | $9,300. |
| 40 | Project Manager<br>Don Bitterlich | Keating Development Company<br>(685 hrs. @ $65.) | $44,525. |
| 41 | Controller<br>Patrick Brala, CPA | Keating Development Company<br>(7 hrs. @ $45.) | $315. |
| 42 | Administrative Assistant<br>Marcia Kelly | Keating Development Company<br>(107 hrs. @ $30.) | $3,210. |
| 43 | Legal Costs<br>F. Warren Jacoby | Cozen & O'Connor<br>(To Be Determined) | T.B.D. |
| 44 | Proj. Exec. Mgr. Expenses | Keating Development Company<br>D. Bitterlich cash/Credit Expense Reports | $5,109. |
| 45 | Telephone/Fax | Keating Development Company<br>(Bala Cynwyd Office) | $2,500. |
| 46 | Copy/Reproduction | Keating Development Company<br>(Bala Cynwyd Office) | $5,000. |
| 47 | UPS | Keating Development Company<br>(Bala Cynwyd Office) | $1,500. |
| Subtotal (Line 25 - 47) | | Keating Development Company | $150,711. |
| Subtotal | | Keating Building Corporation | $77,106. |
| Subtotal | | Keating Development Company | $227,817. |
| Keating Development Corporation (Mark-up at 10%) | | | $22,782. |
| | | TOTAL CLAIM NO. 2 | $250,599. |

Palafox Claim-0147

# Palafox Street Associates, L.P.

## Analysis of GSA Rent Payment Application

As of June 2, 1998

| Month | Monthly Rent Due | Amount Paid | Date Paid | Rent Balance Outstanding |
|---|---|---|---|---|
| Aug. 1997 | 138,643.68 | 0.00 | - | 138,643.68 |
| Sept 1997 | 138,643.68 | 277,287.36 | Nov. 5, 1997 | 0.00 |
| Oct. 1997 | 138,643.68 | 138,643.68 | Nov. 19, 1997 | 0.00 |
| Nov. 1997 | 138,643.68 | 0.00 | - | 138,643.68 |
| Dec. 1997 | 138,643.68 | 0.00 | - | 277,287.36 |
| Jan. 1998 | 138,643.68 | 0.00 | - | 415,931.04 |
| Feb. 1998 | 138,643.68 | 0.00 | - | 554,574.72 |
| Mar. 1998 | 138,643.68 | 0.00 | - | 693,218.40 |
| April 1998 | 138,643.68 | 466,630.45 | May 1. 1998 | 365,231.63 |
| May 1998 | 138,643.68 | 82,490.19 | June 1, 1998 | 421,385.12 |

*This analysis does not include interest due*

06/12/98, gsarent.123

*CLAIM #4*
*CE #307 - ADDITIONAL LIGHTING FOR GSA LEVELS*
*#468 U. S. Federal Courthouse, Pensacola, FL*

| *SUMMARY OF COSTS* | | | |
|---|---|---|---|
| 1 | Add fixtures/Revise & Relocate | Hardy Electric<br>Keating Building Corporation | $19,386. |
| 2 | Acoustic Ceiling Repairs | Acoustic<br>Keating Building Corporation | $1,755. |
| 3 | Millwork Modifications | Architectural Specialties<br>Keating Building Corporation | $2,240. |
| 4 | Janitorial Cleaning | Prestwood, George<br>Keating Building Corporation | $500. |
| 5 | Laborer for Clean-Up | (12 hours @$15. per hour)<br>Keating Building Corporation | $180. |
| 6 | Sr. Vice Pres./C.O.O.<br>Michael S. Bertino, PE | Keating Building Corporation<br>(1 hr. @ $100.) | $100. |
| 7 | C.F.O.<br>Peter Cocchia, CPA | Keating Building Corporation<br>(1 hr. @ $75.) | $75. |
| 8 | Vice President<br>Lester "Tim" Clippinger, Jr. | Keating Building Corporation<br>(3 hrs. @ $65.) | $195. |
| 9 | Vice President<br>Dan Dirscherl | Keating Building Corporation<br>(3 hrs. @ $60.) | $180. |
| 10 | Project Manager<br>Charles Vann | Keating Building Corporation<br>(48 hrs. @ $66.) | $3,168. |
| 11 | General Superintendent<br>Gus Rusden | Keating Building Corporation<br>(7 hrs. @ $65.) | $455. |
| 12 | Project Accountant<br>Lynn Petrovich | Keating Building Corporation<br>(2 hrs. @$35.) | $70. |
| 13 | Controller<br>Joseph Mullen, CPA | Keating Building Corporation<br>(1 hr. @ $45.) | $45. |
| 14 | Contract Administrator<br>Nancy Swallow | Keating Building Corporation<br>(3 hrs. @ $30.) | $90. |

*#468 U.S. Federal Courthouse, Pensacola, FL*
*Claim #4 - CE#307 - Additional Lighting for GSA Levels*
*Page 2*

| | | | |
|---|---|---|---|
| 15 | Administrative Assistant<br>Barbara Coppola | Keating Building Corporation<br>(48 hrs. @ $30.) | $1,440. |
| 16 | P.M. Living Expense | ($750. per month @ 0.45) | $338. |
| 17 | P.M. Travel Expense | ($375. per month @ 0.45) | $169. |
| 18 | Office Equipment Lease | ($612. per month @ 0.45) | $275. |
| 19 | Telephone/Fax | Keating Building Corporation<br>Pensacola Office | $100. |
| 20 | Copy/Reproduction | Keating Building Corporation<br>Pensacola Office | $25. |
| 21 | UPS | Keating Building Corporation<br>Pensacola Office | $25. |
| 22 | Telephone/Fax | Keating Building Corporation<br>Bala Cynwyd Office | $275. |
| 23 | Copy/Reproduction | Keating Building Corporation<br>Bala Cynwyd Office | $125. |
| 24 | UPS | Keating Building Corporation<br>Bala Cynwyd Office | $100. |
| Subtotal (Line 1 - 24) | | Keating Building Corporation | $31,311. |
| Subtotal | | Keating Building Corporation (Mark-up 10%) | $3,131. |
| Subtotal | | Keating Building Corporation | $34,442. |
| | | | |
| 25 | Add fixtures/Revise &<br>Relocate | Reynolds Construction<br>Keating Development Corp. | $25,443. |
| 26 | President<br>Dennis A. Martin, Esq. | Keating Development Company<br>(30 hrs. @ $125) | $3,750. |
| 27 | Vice President<br>Michael V. Sencindiver, Esq. | Keating Development Company<br>(2 hrs. @ $100) | $200. |

Palafox Claim-0439

| | | | |
|---|---|---|---|
| 28 | Project Manager<br>Don Bitterlich | Keating Development Company<br>(107 hrs. @ $65.) | $6,955. |
| 29 | Controller<br>Patrick Brala, CPA | Keating Development Company<br>(3 hrs. @ $45.) | $135. |
| 30 | Administrative Assistant<br>Marcia Kelly | Keating Development Company<br>(14 hrs. @ $30.) | $420. |
| 31 | Telephone/Fax | Keating Development Company<br>Bala Cynwyd Office | $275. |
| 32 | Copy/Reproduction | Keating Development Company<br>Bala Cynwyd Office | $125. |
| 33 | UPS | Keating Development Company<br>Bala Cynwyd Office | $100. |
| 34 | Legal Costs<br>W. Fred Jacoby | Cozen & O'Connor<br>(To be Determined) | T.B.D. |

| | | |
|---|---|---|
| Subtotal (Line 26 - 34) | Keating Development Company | $37,403. |
| Subtotal | Keating Building Corporation | $34,442. |
| Subtotal | Keating Development Company | $71,845. |
| Subtotal | Keating Development Company (Mark-Up 10%) | $7,185. |
| | TOTAL CLAIM NO. 4 | $79,030. |

Palafox Claim-0440

*CLAIM #5*
*CE#246- REVISIONS AND ADDITIONS TO BACKLIGHTING OF GLASS SEAL AT SPECIAL PROCEEDINGS*
*#468 U. S. Federal Courthouse, Pensacola, FL*

| SUMMARY OF COSTS | | | |
|---|---|---|---|
| 1 | Premium Cost - Base Fixture | A.S.T.<br>Keating Building Corporation | $131. |
| 2 | C.F.O.<br>Peter Cocchia, CPA | Keating Building Corporation<br>(1 hr. @ $75) | $75. |
| 3 | Vice President<br>Lester "Tim" Clippinger, Jr. | Keating Building Corporation<br>(3 hrs. @ $65) | $195. |
| 4 | Project Manager<br>Charles Vann | Keating Building Corporation<br>(16 hrs. @ $66) | $1,056. |
| 5 | Contract Administrator<br>Nancy Swallow | Keating Building Corporation<br>(1 hr. @ $30) | $30. |
| 6 | Administrative Assistant<br>Barbara Coppola | Keating Building Corporation<br>(61 hrs. @ $30) | $1,830. |
| 7 | P.M. Living Expense | ($750. per month @ 0.091) | $ 68. |
| 8 | P.M. Travel Expense | ($375. per month @ 0.091) | $ 34. |
| 9 | Office Equipment Lease | ($612. per month @ 0.091 | $ 56. |
| 10 | Telephone/Fax | Keating Building Corporation<br>Pensacola Office | $ 25. |
| 11 | Copy/Reproduction | Keating Building Corporation<br>Pensacola Office | $25. |
| 12 | UPS | Keating Building Corporation<br>Pensacola Office | $25. |
| Subtotal (Line 1 - 12) | | Keating Building Corporation | $3,550. |
| Subtotal | | Keating Building Corporation (Mark-up 10%) | $355. |
| Subtotal | | Keating Building Corporation | $3,905. |
| | | | |
| 13 | Add Backlight Fixtures | Reynolds Const./Quigley Electric | $ 1,028. |

Palafox Claim-0553

*#468 U.S. Federal Courthouse, Pensacola, FL*
*Claim # 5 - CE #246 - Revisions & Additions to Backlighting of Glass Seal at Special Proceedings*
*Page - 2 -*

| | | | |
|---|---|---|---|
| 14 | Add Backlight Diffuser | Reynolds Const./Quigley Electric | $ 183. |
| 15 | President<br>Dennis A. Martin, Esq. | Keating Development Company<br>(22 hrs. @ $125) | $2,750. |
| 16 | Project Manager<br>Don Bitterlich | Keating Development Company<br>(137 hrs. @ $65.) | $8,905. |
| 17 | Controller<br>Patrick Brala | Keating Development Company<br>(2 hrs. @ $45) | $90. |
| 18 | Administrative Assistant<br>Marcia Kelly | Keating Development Company<br>(16 hrs. @ $30) | $480. |
| 19 | Telephone/Fax | Keating Development Company<br>Bala Cynwyd Office | $150. |
| 20 | Copy/Reproduction | Keating Development Company<br>Bala Cynwyd Office | $150. |
| 21 | UPS | Keating Development Company<br>Bala Cynwyd Office | $100. |
| 22 | Legal Costs<br>F. Warren Jacoby | Cozen & O'Connor,<br>(To Be Determined) | T.B.D. |

| | | |
|---|---|---|
| Subtotal (Line 13 - 22) | Keating Development Company | $13,836. |
| Subtotal | Keating Building Corporation | $3,905. |
| Subtotal | Keating Development Company | $17,741. |
| Subtotal | Keating Development Company (Mark-up 10%) | $1,774. |
| | TOTAL CLAIM NO. 5 | $19,515. |

Palafox Claim-0554

*CLAIM # 6*
*CE #124 - RECONSTRUCT WITNESS STAND PLATFORMS*
*#468 - U. S. Federal Courthouse, Pensacola, Florida*

| SUMMARY OF COSTS | | | |
|---|---|---|---|
| 1 | Labor for Clean-Up | Keating Building Corporation<br>(4 hours @ $15.per hour) | $60. |
| 2 | Carpet Installation | Keating Building Corporation<br>(2 men/4 hours;$30 per hour) | $240. |
| 3 | C.F.O.<br>Peter Cocchia, CPA | Keating Building Corporation<br>(1 hr. @ $75) | $75. |
| 4 | Vice President<br>Lester "Tim" Clippinger, Jr. | Keating Building Corporation<br>(3 hrs. @ $65) | $195. |
| 5 | Project Manager<br>Charles Vann | Keating Building Corporation<br>(8 hrs. @ $66) | $528. |
| 6 | Contract Administrator<br>Nancy Swallow | Keating Building Corporation<br>(1 hr. @ $30) | $30. |
| 7 | Administrative Assistant<br>Barbara Coppola | Keating Building Corporation<br>(25 hrs. @ $30) | $750. |
| 8 | Copy/Reproduction | Keating Building Corporation<br>Pensacola Office | $25. |
| 9 | UPS | Keating Building Corporation<br>Pensacola Office | $50. |
| 10 | Telephone/Fax | Keating Building Corporation<br>Pensacola Office | $50. |
| 11 | Office Equipment Lease | ($612. per month at 0.18) | $110. |
| 12 | P.M. Living Expense | ($750. per month at 0.18) | $135. |
| 13 | P.M. Travel Expense | ($375. per month at 0.18) | $68. |
| Subtotal (Line 1 - 13) | | Keating Building Corporation | $2,316. |
| Subtotal | | Keating Building Corporation (Mark-up 10%) | $232. |
| Subtotal | | Keating Building Corporation | $2,548. |

Palafox Claim-0601

| | | | |
|---|---|---|---|
| 14 | Millwork Reconstruction | Architectural Specialties/Reynolds | $936. |
| 15 | Delivery/Pick-up Install | Architectural Specialties/Reynolds | Incl. |
| 16 | General Contractor Coord. | Reynolds Construction | $94. |
| 17 | Permitting | Non-Compliant; Not Applicable | N/A |
| 18 | Architect/Engineer | Non-Compliant; No Services Attributed | N/A |
| 19 | President<br>Dennis Martin, Esq. | Keating Development Company<br>(4 hrs. @ $125) | $500. |
| 20 | Project Manager<br>Don Bitterlich | Keating Development Company<br>(70 hrs. @ $65.) | $4,550. |
| 21 | Administrative Assistant<br>Marcia Kelly | Keating Development Company<br>(6 hr. @ $30) | $180. |
| 22 | Telephone/Fax | Keating Development Company<br>Bala Cynwyd Office | $150. |
| 23 | Copy/Reproduction | Keating Development Company<br>Bala Cynwyd Office | $150. |
| 24 | U.P.S. | Keating Development Company<br>Bala Cynwyd Office | $100. |
| 25 | Legal Cost<br>F. Warren Jacoby | Cozen & O'Connor<br>(To Be Determined) | T.B.D. |
| Subtotal (Line 14-25) | | Keating Development Company | $6,660. |
| Subtotal | | Keating Building Corporation | $2,548. |
| Subtotal | | Keating Development Company | $9,208. |
| Subtotal | | Keating Development Company (Mark-up 10%) | $921. |
| | | TOTAL CLAIM NO. 6 | $10,129. |

Palafox Claim-0602

*CLAIM #7A*
*CE #249 - GSA TENANT SUBCONTRACTOR BACKCHARGES*
*#468 U. S. Federal Courthouse, Pensacola, FL*

| *SUMMARY OF COSTS* | | | |
|---|---|---|---|
| 1 | GSA Approved Cost | Keating Building Corporation | $11,719. |
| 2 | Sr. Vice Pres./C.O.O.<br>Michael S. Bertino, PE | Keating Building Corporation<br>(1 hr. @ $100) | $100. |
| 3 | C.F.O.<br>Peter Cocchia, CPA | Keating Building Corporation<br>(1 hr. @ $75) | $75. |
| 4 | Vice President<br>Lester "Tim" Clippinger, Jr. | Keating Building Corporation<br>(7 hrs. @ $65) | $455. |
| 5 | Project Manager<br>Charles Vann | Keating Building Corporation<br>(29 hrs. @ $66) | $1,914. |
| 6 | Project Superintendent<br>Frank Schoell | Keating Building Corporation<br>(44 hrs. @ $75) | $3,300. |
| 7 | Project Accountant<br>Lynn Petrovich | Keating Building Corporation<br>(1 hr. @ $35) | $35. |
| 8 | Controller<br>Joseph Mullen, CPA | Keating Building Corporation<br>(1 hr. @ $45) | $45. |
| 9 | Contract Administrator<br>Nancy Swallow | Keating Building Corporation<br>(2 hr. @ $30) | $60. |
| 10 | Administrative Assistant<br>Barbara Coppola | Keating Building Corporation<br>(28 hrs. @ $30) | $840. |
| 11 | P.M. Living Expense | ($750. per month @ 0. 68) | $510. |
| 12 | P.M. Travel Expense | ($375. per month @ 0. 68) | $255. |
| 13 | Office Equipment Lease | ($612. per month @ 0. 68) | $416. |
| 14 | Telephone/Fax | Keating Building Corporation<br>Pensacola Office | $350. |
| 15 | Copy/Reproduction | Keating Building Corporation<br>Pensacola Office | $300. |

Palafox Claim-0660

| | | | |
|---|---|---|---|
| 16 | Photographs | Keating Building Corporation<br>Pensacola Office | $100. |
| 17 | UPS | Keating Building Corporation<br>Pensacola Office | $100. |
| Subtotal (Line 1 - 17) | | Keating Building Corporation | $20,574. |
| Subtotal | | Keating Building Corporation (Mark-up 10%) | $2,057. |
| Subtotal | | Keating Building Corporation | $22,631. |
| | | | |
| 18 | President,<br>Dennis A. Martin, Esq. | Keating Development Company<br>(4 hrs. @ $125) | $500. |
| 19 | Project Manager<br>Don Bitterlich | Keating Development Company<br>(75 hrs. @ $65.) | $4,875. |
| 20 | Administrative Assistant<br>Marcia Kelly | Keating Development Company<br>(6 hr. @ $30) | $180. |
| 21 | Telephone/Fax | Keating Development Company<br>Bala Cynwyd Office | $175. |
| 22 | Copy/Reproduction | Keating Development Company<br>Bala Cynwyd Office | $200. |
| 23 | Photographs | Keating Development Company<br>Bala Cynwyd Office | $125. |
| 24 | U.P.S. | Keating Development Company<br>Bala Cynwyd Office | $200. |
| 25 | Legal Cost<br>F. Warren Jacoby | Cozen & O'Connor<br>(To Be Determined) | T.B.D. |
| Subtotal (Line 19-25) | | Keating Development Company | $6,255. |
| Subtotal | | Keating Building Corporation | $22,631. |
| Subtotal | | Keating Development Company | $28,886. |
| Subtotal | | Keating Development Company (Mark-up 10%) | $2,889. |
| | | TOTAL CLAIM NO. 7A | $31,775. |

*CLAIM #7B*
*CE #249 & 350 - GSA TENANT SUBCONTRACTOR DAMAGES IN OBTAINING A CERTIFICATE OF OCCUPANCY*
*#468 U. S. Federal Courthouse, Pensacola, FL*

| *SUMMARY OF COSTS* | | | |
|---|---|---|---|
| 1 | Fire-safe Materials/Labor | Keating Building Corporation | $600. |
| 2 | Sr. Vice Pres./C.O.O.<br>Michael S. Bertino, PE | Keating Building Corporation<br>(1 hr. @ $100) | $100. |
| 3 | C.F.O.<br>Peter Cocchia, CPA | Keating Building Corporation<br>(1 hr. @ $75) | $75. |
| 4 | Vice President<br>Lester "Tim" Clippinger, Jr. | Keating Building Corporation<br>(8 hrs. @ $65) | $520. |
| 5 | Project Manager<br>Charles Vann | Keating Building Corporation<br>(77 hrs. @ $66) | $5,082. |
| 6 | Project Superintendent<br>Frank Schoell | Keating Building Corporation<br>(10 hrs. @ $75) | $ 750. |
| 7 | Project Accountant<br>Lynn Petrovich | Keating Building Corporation<br>(1 hr. @ $35) | $35. |
| 8 | Controller<br>Joseph Mullen, CPA | Keating Building Corporation<br>(1 hr. @ $45) | $45. |
| 9 | Contract Administrator<br>Nancy Swallow | Keating Building Corporation<br>(2 hr. @ $30) | $60. |
| 10 | Administrative Assistant<br>Barbara Coppola | Keating Building Corporation<br>(28 hrs. @ $30) | $840. |
| 11 | P.M. Living Expense | ($750. per month @ 0. 68) | $510. |
| 12 | P.M. Travel Expense | ($375. per month @ 0. 68) | $255. |
| 13 | Office Equipment Lease | ($612. per month @ 0. 68) | $416. |
| 14 | Telephone/Fax | Keating Building Corporation<br>Pensacola Office | $350. |
| 15 | Copy/Reproduction | Keating Building Corporation<br>Pensacola Office | $300. |
| 16 | Photographs | Keating Building Corporation<br>Pensacola Office | $100. |
| 17 | UPS | Keating Building Corporation<br>Pensacola Office | $100. |

Palafox Claim-0662

*#468 U.S. Federal Courthouse, Pensacola, FL*
*Claim # 7B -CE #249 & 350 - GSA Tenant Subcontractor Damages in Obtaining a Certificate of Occupancy*
*Page - 2 -*

| | | | |
|---|---|---|---|
| Subtotal (Line 1 - 17) | | Keating Building Corporation | $10,138. |
| Subtotal | | Keating Building Corporation (Mark-up 10%) | $1,014. |
| Subtotal | | Keating Building Corporation | $11,152. |
| | | | |
| 18 | President, Dennis A. Martin, Esq. | Keating Development Company (4 hrs. @ $125) | $500. |
| 19 | Project Manager Don Bitterlich | Keating Development Company (93 hrs. @ $65.) | $6,045. |
| 20 | Administrative Assistant Marcia Kelly | Keating Development Company (5 hr. @ $30) | $150. |
| 21 | Telephone/Fax | Keating Development Company Bala Cynwyd Office | $175. |
| 22 | Copy/Reproduction | Keating Development Company Bala Cynwyd Office | $200. |
| 23 | Photographs | Keating Development Company Bala Cynwyd Office | $125. |
| 24 | U.P.S. | Keating Development Company Bala Cynwyd Office | $200. |
| 25 | Legal Cost F. Warren Jacoby | Cozen & O'Connor (To Be Determined) | T.B.D. |
| Subtotal (Line 18-25) | | Keating Development Company | $7,395. |
| Subtotal | | Keating Building Corporation | $11,152. |
| Subtotal | | Keating Development Company | $18,547. |
| Subtotal | | Keating Development Company (Mark-up 10%) | $1,855. |
| | | TOTAL CLAIM NO. 7B | $20,402. |

Palafox Claim-0663

*CLAIM # 8*

*CE #356 - ADD ALUMINUM JACKET TO PIPE INSULATION AT COOLING TOWER*

*#468 U. S. Federal Courthouse, Pensacola, FL*

| *SUMMARY OF COSTS* | | | |
|---|---|---|---|
| 1 | Aluminum Jacket | Reynolds Const./Gulfside Mech. | $ 4,199. |
| 2 | Subcontractor Conference | Gulfside Mechanical | $ 100. |
| 3 | Senior Vice President/C.O.O.<br>Michael S. Bertino, PE | Keating Building Corporation<br>(1 hr. @ $100) | $100. |
| 4 | C.F.O.<br>Peter Cocchia, CPA | Keating Building Corporation<br>(1hr. @ $75.) | $75. |
| 5 | Vice President<br>Lester "Tim" Clippinger, Jr. | Keating Building Corporation<br>(3 hrs. @ $65.) | $195. |
| 6 | Project Manager<br>Charles Vann | Keating Building Corporation<br>( 6 hrs. @ $66.) | $ 396. |
| 7 | Contract Administrator<br>Nancy Swallow | Keating Building Corporation<br>(1hr. @ $30.) | $30. |
| 8 | Administrative Assistant<br>Barbara Coppola | Keating Building Corporation<br>(30hrs. @ $30.) | $900. |
| 9 | P.M. Living Expense | ($750. per month @ 0.091) | $ 68. |
| 10 | P.M. Travel Expense | ($375. per month @ 0.091) | $ 34. |
| 11 | Office Equipment Lease | ($612. per month @ 0.091 | $ 56. |
| 12 | Telephone/Fax | Keating Building Corporation<br>Pensacola Office | $ 50. |
| 13 | Copy/Reproduction | Keating Building Corporation<br>Pensacola Office | $50. |
| 14 | UPS | Keating Building Corporation<br>Pensacola Office | $25. |
| Subtotal (Line 1 - 14) | | Keating Building Corporation | $6,278. |
| Subtotal | | Keating Building Corporation (Mark-up 10%) | $ 628. |
| Subtotal | | Keating Building Corporation | $6,906. |

Palafox Claim-0749

| | | | |
|---|---|---|---|
| 15 | President,<br>Dennis A. Martin, Esq. | Keating Development Company<br>(1 hrs. @ $125) | $250. |
| 16 | Project Manager<br>Don Bitterlich | Keating Development Company<br>(82 hrs. @ $65.) | $5,330. |
| 17 | Administrative Assistant<br>Marcia Kelly | Keating Development Company<br>(5 hrs. @ $30.) | $150. |
| 18 | Telephone/Fax | Keating Development Company<br>Bala Cynwyd Office | $150. |
| 19 | Copy/Reproduction | Keating Development Company<br>Bala Cynwyd Office | $50. |
| 20 | U.P.S. | Keating Development Company<br>Bala Cynwyd Office | $ 50. |
| 21 | Legal Cost<br>F. Warren Jacoby | Cozen & O'Connor<br>(To Be Determined) | T.B.D. |
| Subtotal (Line 18-25) | | Keating Development Company | $5,980. |
| Subtotal | | Keating Building Corporation | $ 6,906. |
| Subtotal | | Keating Development Company | $12,886. |
| Subtotal | | Keating Development Company (Mark-up 10%) | $1,289. |
| | | TOTAL CLAIM NO. 8 | $14,175. |

680

KEATING

MEMORANDUM

TO: Dennis Martin, Esq.
F. W. Jacoby, Esq.

FROM: Don Bitterlich
DATE: April 7, 1998
RE: #468 U. S. Federal Courthouse, Pensacola, Florida
CE#358 - Mold/Mildew at Exterior Walls with Vinyl Wallcovering

---

Attached please review the completed-to-date document summation for the claim.

I am compiling the cost draft currently, and will route it also.

Please feel free to comment.

cc: D. J. Keating, III
M. V. Sencindiver
M. Bertino
T. Clippinger, Jr.
D. Dirscherl
File

PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
D.1128

#468 - U. S. Federal Courthouse, Pensacola, FL
CE #358 - Mold/Mildew at Exterior Walls with Vinyl Wallcovering

| | |
|---|---|
| 9/30/97 | **Courts (J. Marrs) to GSA (D. Koenig), Mildew & Dampness:** E-Mail issued by Jim Marrs to the Chief Clerk, Judges and D. Koenig, GSA at 5:01 P.M., the "Red Bleed Through" on wall covering in the law clerk office with Judge Vinson Suite and clerk office in Judge Novotny suite. Wall covering was peeled back and drywall had mildew growth and were damp to the touch. |
| 10/1/97 | **GSA (D. Koenig) to KDC (D. Bitterlich), Mildew E-Mail:** Above mentioned E-Mail routed to Don Bitterlich copied to C. Vann and Buzzy Ducote, GSA; "check as soon as possible and develop plan of action with your response". |
| 10/2/97 | **KDC (D. Bitterlich) to KBC, (C.Vann) In Progress with Exploratory Work (telecon with D. Bitterlich):** Bitterlich discussed with C. Vann action. Mr. Vann has carpentry subcontractor peeling vinyl wall covering and cutting access holes at the notable locations in clerk offices to access wall systems. Engineer contacted specializing in moister and mold scheduled to be on site tomorrow. |
| 10/2/97 | **KDC (D. Bitterlich) to GSA(D. Koenig) Exploratory In-Progress:** D. Bitterlich memo/telecon to D. Koenig GSA, acknowledging action of exploratory and expert engineer to observe on 10/3/97. |
| 10/3/97 | **KBC (C.Vann) to KDC (D. Bitterlich): Moisture Entrapment:** C.Vann memo to D. Bitterlich simply outlining scope and status of issue; telecon ensued between C. Vann and D. Bitterlich, just prior to L. Newlan of Thompson Engineering's arrival on site. |
| 10/3/97 | **Thompson Engineering; On Site Observation Meeting:** Mr. Lewis Newlan observed entire building, reviewed systems and construction details as well as means and methods with C. Vann. GSA and Courts representatives present. |
| 10/6/97 | **KDC to GSA Keating Assessments:** Mr. Bitterlich record of conversations with D. Koenig, GSA; Keating has identified cause of mildew. The vinyl wall covering has trapped vapor from the exterior wall system which condensates due to the interior climate of the building. We feel that the cycling of the air conditioning by GSA has contributed to the moisture. |
| 10/7/97 | **Thompson to KBC, Observation Report from 10/3/97:** Observations of building construction and finishes, technical research of materials and on-site |