**Finding 2 –Subcontract Costs Were Overstated**

Palafox claimed $140,663 for subcontractor costs. We requested that Palafox provide documents to support these costs. Palafox could support $66,980. We adjusted $73,683 with $67,443 being unsupported. The contracting officer should obtain supporting documentation prior to accepting any of the unsupported costs. See **Appendix B** for details.

**Finding 3 – Labor, Overhead and Profit Costs Were Overstated**

Palafox claimed $342,566 for labor, overhead and profit costs. Palafox could support for $79,679. We adjusted $262,887, with $29,600 being unsupported. Supplementary Lease Agreement (SLA) Number One set the maximum developer commission at ten percent, prime overhead at ten percent, prime profit at ten percent, and subcontractor overhead/profit at ten percent. Palafox proposed costs for the developer in addition to the developer commission. In addition, Palafox proposed individual overhead costs in excess of the ten percent prime overhead. Also, the burdened labor rates for the prime were not supported at the rates proposed. The unsupported costs are the result of applying overhead, profit and markup to unsupported subcontractor costs. See **Appendix B** for details.

**Internal Controls**

The audit objective did not require and we did not perform an assessment of Palafox's internal control system.

AUDIT OF A CLAIM FOR INCREASED COSTS
PALAFOX STREET ASSOCIATES, L.P.
FEDERAL COURTHOUSE, PENSACOLA, FL
LEASE NUMBER GS-04B-97-35055
REPORT NUMBER A010089/P/4/xxx

SUMMARY OF PALAFOX' S CLAIMED COSTS
AND RELATED AUDIT ADJUSTMENTS

| | Proposed Costs | Audit costs | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|
| ITEM # 1 | $ 857,223 | $ - | $ 857,223 | $ - | 1 |
| ITEM # 2 | 250,599 | 83,250 | 167,349 | 20,373 | 2 |
| ITEM # 3 | 421,385 | - | 421,385 | - | 3 |
| ITEM # 4 | 79,030 | 4,285 | 74,745 | 58,850 | 2 |
| ITEM # 5 | 19,515 | 2,496 | 17,019 | 173 | 2 |
| ITEM # 6 | 10,129 | 1,750 | 8,379 | 396 | 2 |
| ITEM # 7 | 31,775 | 5,519 | 26,256 | 15,469 | 2 |
| ITEM # 8 | 20,402 | 6,684 | 13,718 | 726 | 2 |
| ITEM # 9 | 14,175 | 6,006 | 8,169 | - | 2 |
| ITEM # 10 | 57,604 | 36,669 | 20,935 | 1,056 | 2 |
| | $ 1,761,837 | $ 146,659 | $ 1,615,178 | 97,043 | |

## SUMMARY OF PALAFOX' S CLAIMED COSTS AND RELATED AUDIT ADJUSTMENTS
(Continued)

**Notes:**

1. Palafox claimed $857,223 in damages against GSA for not exercising two five-year options at the end of the 20-year lease. Palafox alleges fraud on the part of GSA because according to their assessment of lease documents, GSA never intended to exercise these options. This part of the claim is invalid because the government is not obligated to exercise these two five-year options. Standard Form 2, U.S. Government Lease for Real Property, states that "this lease may be renewed at the option of the Government" for these two five-year options. This form was signed by the Vice President of Keating Development Company. Accordingly, we disallowed the entire amount. We acknowledge that this part of the claim is subject to legal interpretation.

2. See **Appendix B**.

3. Palafox claimed $421,385 in damages against GSA for late payments and the withholding of payments for August 1997 through May 1998. These payments were withheld primarily because of severe mildew problems on the interior of the exterior walls. In some cases the drywall and wall coverings had to be replaced. GSA determined that the problem was caused by the rainwater from the gutters and roof leaking into the wall cavities of the exterior walls. We disallowed the entire amount because construction problems caused by Palafox caused the mildew problem and prevented tenant occupancy. We acknowledge that this part of the claim is subject to legal and technical interpretation.

**AUDIT OF A CLAIM FOR INCREASED COSTS**
**PALAFOX STREET ASSOCIATES, L.P.**
**FEDERAL COURTHOUSE, PENSACOLA, FL**
**LEASE NUMBER GS-04B-97-35055**
**REPORT NUMBER A010089/P/4/xxx**

**STATEMENT OF PALAFOX' S CLAIMED COSTS AND RELATED AUDIT ADJUSTMENTS**

ITEM # 2 *MOLD/MILDEW ON EXTERIOR WALLS WITH VINYL WALL COVERING*

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| Remediation I: Prior to GSA Stop Order | | | $ 2,876 | $ - | $ 2,876 | $ 2,876 | 1 |
| Michael S. Bertino, PE | $ 100.00 | $ - | 1,300 | - | 1,300 | - | 2 |
| Peter Cocchia, CPA | 75.00 | - | 600 | - | 600 | - | 2 |
| Lester Clippinger, Jr. | 65.00 | - | 1,755 | - | 1,755 | - | 2 |
| Dan Dirscherl | 60.00 | - | 2,880 | - | 2,880 | - | 2 |
| Charles Vann (506 hrs.) | 66.00 | 58.43 | 33,396 | 29,566 | 3,830 | - | 3 |
| Gus Rusden (33 hrs.) | 65.00 | 62.89 | 2,145 | 2,075 | 70 | - | 3 |
| Lynn Petrovich | 35.00 | - | 140 | - | 140 | - | 2 |
| Joseph Mullen, CPA | 45.00 | - | 135 | - | 135 | - | 2 |
| Katherine Koromvskis | 75.00 | - | 750 | - | 750 | - | 2 |
| Rita Karagianis | 25.00 | - | 900 | - | 900 | - | 2 |
| Nancy Swallow | 30.00 | - | 270 | - | 270 | - | 2 |
| Barbara Coppola | 30.00 | - | 5,520 | - | 5,520 | - | 2 |
| P.M. Living Expenses | 750.00 | - | 2,730 | - | 2,730 | - | 2 |
| P.M. Travel Expense | 375.00 | - | 1,365 | - | 1,365 | - | 2 |
| Office Equipment Lease | 612.00 | - | 2,228 | - | 2,228 | - | 2 |
| Proj. Exec. & General Support | | | 3,706 | - | 3,706 | - | 2 |

| | | | | | |
|---|---|---|---|---|---|
| Telephone/Fax | 2,500 | - | 2,500 | - | 2 |
| Copy/Reproduction | 2,500 | - | 2,500 | - | 2 |
| UPS | 500 | - | 500 | - | 2 |
| Telephone/Fax | 1,500 | - | 1,500 | - | 2 |
| Copy/Reproduction | 200 | - | 200 | - | 2 |
| UPS | 200 | - | 200 | - | 2 |
| Keating Subtotal | $ 70,796 | $ 31,641 | $ 34,455 | $ 2,876 | |
| Keating Overhead at 10% | | 3,164 | | 288 | |
| Keating Profit at 10% | | 3,164 | | 288 | |
| Keating Markup at 10% | 7,010 | - | 682 | - | |
| Keating Total | $ 77,106 | $ 37,969 | $ 39,137 | $ 3,452 | |

DRAFT REPORT FOR OFFICIAL USE ONLY

## STATEMENT OF PALAFOX' S CLAIMED COSTS AND RELATED AUDIT ADJUSTMENTS
(Continued)

**ITEM # 2 (continued)** *MOLD/MILDEW ON EXTERIOR WALLS WITH VINYL WALL COVERING*

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| Remediation II: After GSA Stop Order | | | $ 6,728 | $ 6,728 | $ - | $ - | |
| Millwork Removal | | | 2,723 | 2,723 | - | - | |
| Plumbing Removal | | | 510 | 510 | - | - | |
| Drywall F&I – I | | | 17,279 | 17,279 | - | - | |
| Drywall F&I – II | | | 773 | 773 | - | - | |
| Millwork Installation | | | 4,380 | 4,380 | - | - | |
| Zolotone Painting | | | 3,575 | 3,355 | 220 | - | 4 |
| Hauling | | | 308 | 308 | - | - | |
| Engineering Inspection – I & II | | | 1,069 | - | 1,069 | 1,069 | 1 |
| Engineering Inspection – III | | | 1,657 | 1,657 | - | - | |
| Engineer Inspection: Post Remediation Tests | | | 2,000 | - | 2,000 | 2,000 | 1 |
| Contract Coordination Post Remediation Tests | | | 2,000 | - | 2,000 | 2,000 | 1 |
| Don Bitterlitch, Project Executive | | | 10,000 | | 10,000 | 10,000 | 1 |
| Dennis A. Martin, Esq. | 125.00 | | 26,250 | | 26,250 | - | 5 |
| Michael V. Sencindiver, Esq. | 100.00 | | 9,300 | | 9,300 | - | 5 |
| Don Bitterlitch | 65.00 | | 44,525 | | 44,525 | - | 5 |
| Patricia | 45.00 | | 315 | | 315 | - | 5 |
| Marcia Kelly | 45.00 | | 3,210 | | 3,210 | - | 5 |
| F. Warren Jacoby | | | T.B.D. | | | - | |
| D. Bitterlich cash/Credit Expense Reports | | | 5,109 | | 5,109 | - | 5 |



DRAFT REPORT FOR OFFICIAL USE ONLY

| | | | | | |
|---|---|---|---|---|---|
| Telephone/Fax | 2,500 | | 2,500 | - | 5 |
| Copy/Reproduction | 5,000 | | 5,000 | - | 5 |
| UPS | 1,500 | | 1,500 | - | 5 |
| Palafox Subtotal | $ 150,711 | $ 37,713 | $ $ 112,998 | $ 15,069 | |
| Keating Total | 77,106 | 37,969 | 39,137 | 3,452 | |
| Palafox and Keating | $ 227,817 | $ 75,682 | $ 152,135 | $ 18,521 | |
| Palafox Markup at 10% | 22,782 | 7,568 | 15,214 | 1,852 | |
| Total | $ 250,599 | $ 3,250 | $ 167,349 | $ 20,373 | |

## STATEMENT OF PALAFOX' S CLAIMED COSTS AND RELATED AUDIT ADJUSTMENTS
(Continued)

ITEM # 4 *ADDITIONAL LIGHTING TO MEET GSA DEMANDS*.

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| Add fixtures/Revise & Relocate | | | $ 19,386 | $ - | $ 19,386 | $ 19,386 | 1 |
| Acoustic Ceiling Repairs | | | 1,755 | - | 1,755 | 1,755 | 1 |
| Millwork Modifications | | | 2,240 | - | 2,240 | 2,240 | 1 |
| Janitorial Cleaning | | | 500 | - | 500 | - | 2 |
| Laborer for' Clean-Up | $ 15.00 | | 180 | - | 180 | - | 2 |
| Michael S. Bertino, PE | 100.00 | | 100 | - | 100 | - | 2 |
| Peter Cocchia, CPA | 75.00 | | 75 | - | 75 | - | 2 |
| Lester Clippinger, Jr. | 65.00 | | 195 | - | 195 | - | 2 |
| Dan Dirscheryl | 60.00 | | 180 | - | 180 | - | 2 |
| Charles Vann (48 hrs.) | 66.00 | $ 58.43 | 3,168 | 2,805 | 363 | - | 3 |
| Gus Rusden (7 hrs.) | 65.00 | 62.89 | 455 | 440 | 15 | - | 3 |
| Lynn Petrovich | 35.00 | | 70 | - | 70 | - | 2 |
| Joseph Mullen, CPA | 45.00 | | 45 | - | 45 | - | 2 |
| Nancy Swallow | 30.00 | | 90 | - | 90 | - | 2 |
| Barbara Coppola | 30.00 | | 1,440 | - | 1,440 | - | 2 |
| P.M. Living Expense | 750.00 | | 338 | - | 338 | - | 2 |
| P.M. Travel Expense | 375.00 | | 169 | - | 169 | - | 2 |
| Office Equipment Lease | 612.00 | | 275 | - | 275 | - | 2 |
| Telephone/Fax | | | 100 | - | 100 | - | 2 |
| Copy/Reproduction | | | 25 | - | 25 | - | 2 |

| | | | | | |
|---|---|---|---|---|---|
| UPS | 25 | - | 25 | - | 2 |
| Telephone/Fax | 275 | - | 275 | - | 2 |
| Copy/Reproduction | 125 | - | 125 | - | 2 |
| UPS | 100 | - | 100 | - | 2 |
| Keating Subtotal | $ 31,311 | $ 3,345 | $ 28,066 | $ 23,381 | |
| Keating Overhead at 10% | - | 325 | - | 2,338 | |
| Keating Profit at 10% | - | 325 | - | 2,338 | |
| Keating Markup: at 10% | 3,131 | - | - | - | |
| Keating Total | $ 34,442 | $ 3,895 | $ 30,547 | $ 28,057 | |

## STATEMENT OF PALAFOX' S CLAIMED COSTS AND RELATED AUDIT ADJUSTMENTS
(Continued)

ITEM # 4 (continued) *ADDITIONAL LIGHTING TO MEET GSA DEMANDS*

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| Add fixtures/Revise & Relocate | | | $ 25,443 | $ - | $ 25,443 | $ 25,443 | 1 |
| Dennis A. Martin, Esq. | | | 3,750 | - | 3,750 | - | 5 |
| Michael V. Sencindiver, Esq. | 100.00 | | 200 | - | 200 | - | 5 |
| Don Bitterlich | $ 65.00 | | 6,955 | - | 6,955 | - | 5 |
| Patrick Brala, CPA | 45.00 | | 135 | - | 135 | - | 5 |
| Marcia Kelly | 30.00 | | 420 | - | 420 | - | 5 |
| Telephone/Fax | | | 275 | - | 275 | - | 5 |
| Copy/Reproduction | | | 125 | - | 125 | - | 5 |
| UPS | | | 100 | - | 100 | - | 5 |
| Palafox | | | $ 37,403 | $ - | $ 37,403 | $ 25,443 | |
| Keating Total | | | 34,442 | 3,895 | 30,547 | 28,057 | |
| Palafox and Keating | | | 71,845 | $ 3,895 | $ 67,950 | $ 53,500 | |
| Palafox Markup at 10% | | | 7,185 | 390 | 6,795 | 5,350 | |
| **Total** | | | $ 79,030 | $ 4,285 | $ 74,745 | $ 58,850 | |

ITEM # 5 *REVISIONS & ADDITIONS TO BACKLIGHTING OF GLASS SEAL AT SPECIAL PROCEEDINGS*

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| Premium Cost - Base Fixture | | | $ 131 | $ - | $ 131 | $ 131 | 1 |
| Peter Cocchia, CPA | $ 75.00 | | 75 | - | 75 | - | 2 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lester Clippinger, Jr. | 65.00 | $ 54.19 | 195 | - | 195 | - | 2 |
| Charles Vann (16 hrs.) | 66.00 | 58.43 | 1,056 | 935 | 121 | - | 3 |
| Nancy Swallow | 30.00 | | 30 | - | 30 | - | 2 |
| Barbara Coppola | 30.00 | | 1,830 | - | 1,830 | - | 2 |
| P.M. Living Expense | 750.00 | | 68 | - | 68 | - | 2 |
| P.M. Travel Expense | 375.00 | | 34 | - | 34 | - | 2 |
| Office Equipment Lease | 612.00 | | 56 | - | 56 | - | 2 |
| Telephone/Fax | | | 25 | - | 25 | - | 2 |
| Copy/Reproduction | | | 25 | - | 25 | - | 2 |
| UPS | | | 25 | - | 25 | - | 2 |
| Keating | | | $ 3,550 | $ 935 | $ 2,615 | $ 131 | |
| Keating Overhead at 10% | | | - | 94 | - | 13 | |
| Keating Profit at 10% | | | - | 94 | - | 13 | |
| Keating Markup at 10% | | | 355 | - | 167 | - | |
| Keating Total | | | $ 3,905 | $ 1,123 | $ 2,782 | $ 157 | |

## STATEMENT OF PALAFOX' S CLAIMED COSTS AND RELATED AUDIT ADJUSTMENTS (Continued)

ITEM # 5 (continued) *REVISIONS & ADDITIONS TO BACKLIGHTING OF GLASS SEAL AT SPECIAL PROCEEDINGS*

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| Add Backlight Fixtures | | | $ 1,028 | $ 1,028 | $ - | $ - | |
| Add Backlight Diffuser | | | 183 | 118 | 65 | - | 6 |
| Dennis A. Martin, Esq. | $ 125.00 | | 2,750 | - | 2,750 | - | 5 |
| Don Bitterlich | 65.00 | | 8,905 | - | 8,905 | - | 5 |
| Patrick Brala | 45.00 | | 90 | - | 90 | - | 5 |
| Marcia Kelly | 30.00 | | 480 | - | 480 | - | 5 |
| Telephone/Fax | | | 150 | - | 150 | - | 5 |
| Copy/Reproduction | | | 150 | - | 150 | - | 5 |
| UPS | | | 100 | - | 100 | - | 5 |
| Palafox | | | $ 13,836 | $ 1,146 | $ 12,690 | $ - | |
| Keating Total | | | 3,905 | 1,123 | 2,782 | 157 | |
| Palafox and Keating | | | 17,741 | 2,269 | $ 15,472 | $ - | |
| Palafox Markup at 10% | | | 1,774 | 227 | 1,547 | 16 | |
| **Total** | | | $ 19,515 | $ 2,496 | $ 17,019 | $ 173 | |

ITEM # 6 *RECONSTRUCTION OF (5) OPPOSED WITNESS STAND PLATFORMS*

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| Labor for cleanup | $ 15.00 | | $ 60 | $ - | $ 60 | $ 60 | 7 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Carpet Installation | 30.00 | | 240 | - | 240 | 240 | 7 |
| Peter Cocchia, CPA | 75.00 | | 75 | - | 75 | - | 2 |
| Lester Cippenger, Jr. | 65.00 | | 195 | - | 195 | - | 2 |
| Charles Vann (8 hrs.) | 66.00 | $ 58.43 | 528 | 467 | 61 | - | 3 |
| Nancy Swallow | 30.00 | | 30 | - | 30 | - | 2 |
| Barbara Coppola | 30.00 | | 750 | - | 750 | - | 2 |
| Copy/Reproduction | | | 25 | - | 25 | - | 2 |
| UPS | | | 50 | - | 50 | - | 2 |
| Telephone/Fax | | | 50 | - | 50 | - | 2 |
| Office Equipment Lease | 612.00 | | 110 | - | 110 | - | 2 |
| PM Living Expense | 750.00 | | 135 | - | 135 | - | 2 |
| PM Travel Expense | 375.00 | | 68 | - | 68 | - | 2 |
| Keating Subtotal | | | $ 2,316 | $ 467 | $ 1,849 | $ 300 | |
| Keating Overhead at 10% | | | - | 47 | - | 30 | |
| Keating Profit at 10% | | | - | 47 | - | 30 | |
| Keating 10% Markup | | | 232 | - | 138 | - | |
| Keating Total | | | $ 2,548 | $ 561 | $ 1,987 | $ 360 | |

## STATEMENT OF PALAFOX' S CLAIMED COSTS AND RELATED AUDIT ADJUSTMENTS
(Continued)

**ITEM # 6 (continued)** *RECONSTRUCTION OF (5) OPPOSED WITNESS STAND PLATFORMS*

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| Millwork Reconstruction | | | $ 936 | $ 936 | $ - | $ - | |
| Delivery/Pick-up Install | | | Incl. | | | | |
| General Contractor Coord. | | | 94 | 94 | - | - | 5 |
| Permitting | | | N/A | - | - | - | |
| Architect/Engineer | | | N/A | - | - | - | |
| Dennis A. Martin, Esq. | $ 125.00 | | 500 | - | 500 | - | 5 |
| Don Bitterlich | 65.00 | | 4,550 | - | 4,550 | - | 5 |
| Marcia Kelly | 30.00 | | 180 | - | 180 | - | 5 |
| Telephone/Fax | | | 150 | - | 150 | - | 5 |
| Copy/Reproduction | | | 150 | - | 150 | - | 5 |
| UPS | | | 100 | - | 100 | - | 5 |
| Palafox | | | $ 6,660 | $ 1,030 | $ 5,630 | $ - | |
| Keating Total | | | 2,548 | 561 | 1,987 | 360 | |
| Palafox and Keating | | | $ 9,208 | $ 1,591 | $ 7,617 | $ 360 | |
| Palafox Markup at 10% | | | 921 | 159 | 762 | 36 | |
| Total | | | $ 10,129 | $ 1,750 | $ 8,379 | $ 396 | |

**ITEM # 7** *GSA TENANT SUBCONTRACTOR BACKCHARGES*

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| GSA Approved Cost | | | $ 11,719 | $ - | $ 11,719 | $ 11,719 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Michael S. Bertino, PE | $ 100.00 | | 100 | - | 100 | - | 2 |
| Peter Cocchia, CPA | 75.00 | | 75 | - | 75 | - | 2 |
| Lester Cippenger, Jr. | 65.00 | | 455 | - | 455 | - | 2 |
| Charles Vann (29 hrs.) | 66.00 | $ 58.43 | 1,914 | 1,694 | 220 | - | 3 |
| Frank Schoell (44 hrs.) | 75.00 | 56.52 | 3,300 | 2,487 | 813 | - | 3 |
| Lynn Petrovich | 35.00 | 32.32 | 35 | - | 35 | - | 2 |
| Joseph Mullen, CPA | 45.00 | | 45 | - | 45 | - | 2 |
| Nancy Swallow | 30.00 | | 60 | - | 60 | - | 2 |
| Barbara Coppola | 30.00 | | 840 | - | 840 | - | 2 |
| PM Living Expense | 750.00 | | 510 | - | 510 | - | 2 |
| PM Travel Expense | 375.00 | | 255 | - | 255 | - | 2 |
| Office Equipment Lease | 612.00 | | 416 | - | 416 | - | 2 |
| Telephone/Fax | | | 350 | - | 350 | - | 2 |
| Copy/Reproduction | | | 300 | - | 300 | - | 2 |
| Photographs | | | 100 | - | 100 | - | 2 |
| UPS | | | 100 | - | 100 | - | 2 |
| Keating Subtotal | | | $ 20,574 | $ 4,181 | $ 16,393 | $ 11,719 | |

## STATEMENT OF PALAFOX' S CLAIMED COSTS AND RELATED AUDIT ADJUSTMENTS
(Continued)

ITEM # 7 **(continued)** *GSA TENANT SUBCONTRACTOR BACKCHARGES*

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| Keating Subtotal | | | $ 20,574 | $ 4,181 | $ 16,393 | $ 11,719 | |
| Keating Overhead at 10% | | | - | 418 | - | 1,172 | |
| Keating Profit at 10% | | | - | 418 | - | 1,172 | |
| Keating 10% Markup | | | 2,057 | - | 1,221 | - | |
| Keating Total | | | $ 22,631 | $ 5,017 | $ 17,614 | $ 14,063 | |
| Dennis A. Martin, Esq. | $ 125.00 | | $ 500 | $ - | $ 500 | $ - | 5 |
| Don Bitterlich | 65.00 | | 4,875 | - | 4,875 | - | 5 |
| Marcia Kelly | 30.00 | | 180 | - | 180 | - | 5 |
| Telephone/Fax | | | 175 | - | 175 | - | 5 |
| Copy/Reproduction | | | 200 | - | 200 | - | 5 |
| Photographs | | | 125 | - | 125 | - | 5 |
| UPS | | | 200 | - | 200 | - | 5 |
| Palafox | | | $ 6,255 | $ - | $ 6,255 | $ - | |
| Keating Total | | | 22,631 | 5,017 | 17,614 | 14,063 | |
| Palafox and Keating | | | $ 28,886 | $ 5,017 | $ 23,869 | $ 14,063 | |
| Palafox Markup at 10% | | | 2,889 | 502 | 2,387 | 1,406 | |
| Total | | | $ 31,775 | $ 5,519 | $ 26,256 | $ 15,469 | |

## STATEMENT OF PALAFOX' S CLAIMED COSTS AND RELATED AUDIT ADJUSTMENTS (Continued)

ITEM # 8 *GSA TENANT SUBCONTRACTOR DAMAGES IN OBTAINING A CERTIFICATE OF OCCUPANCY*

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| Fire/Safe Material/Labor | | | $ 600 | $ - | $ 600 | $ 600 | 8 |
| Michael S. Bertino, PE | $ 100.00 | | 100 | - | 100 | - | 2 |
| Peter Cocchia, CPA | 75.00 | | 75 | - | 75 | - | 2 |
| Lester Cippenger, Jr. | 65.00 | | 520 | - | 520 | - | 2 |
| Charles Vann (77 hrs.) | 66.00 | $ 58.43 | 5,082 | 4,499 | 583 | - | 3 |
| Frank Schoell (10 hrs.) | 75.00 | 56.52 | 750 | 565 | 185 | - | 3 |
| Lynn Petrovich | 35.00 | 32.32 | 35 | - | 35 | - | 2 |
| Joseph Mullen, CPA | 45.00 | | 45 | - | 45 | - | 2 |
| Nancy Swallow | 30.00 | | 60 | - | 60 | - | 2 |
| Barbara Coppola | 30.00 | | 840 | - | 840 | - | 2 |
| PM Living Expense | 750.00 | | 510 | - | 510 | - | 2 |
| PM Travel Expense | 375.00 | | 255 | - | 255 | - | 2 |
| Office Equipment Lease | 612.00 | | 416 | - | 416 | - | 2 |
| Telephone/Fax | | | 350 | - | 350 | - | 2 |
| Copy/Reproduction | | | 300 | - | 300 | - | 2 |
| Photographs | | | 100 | - | 100 | - | 2 |
| UPS | | | 100 | - | 100 | - | 2 |
| Keating Subtotal | | | $ 10,138 | $ 5,064 | $ 5,074 | $ 600 | |
| Keating Overhead at 10% | | | - | 506 | - | - | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Keating Profit at 10% | | - | 506 | - | - | |
| Keating 10% Markup | | 1,014 | - | 2 | 60 | |
| Keating Total | | $ 11,152 | $ 6,076 | $ 5,076 | $ 660 | |
| Dennis A. Martin, Esq. | $ 125.00 | $ 500 | $ - | $ 500 | $ - | 5 |
| Don Bitterlich | 65.00 | 6,045 | - | 6,045 | - | 5 |
| Marcia Kelly | 30.00 | 150 | - | 150 | - | 5 |
| Telephone/Fax | | 175 | - | 175 | - | 5 |
| Copy/Reproduction | | 200 | - | 200 | - | 5 |
| Photographs | | 125 | - | 125 | - | 5 |
| UPS | | 200 | - | 200 | - | 5 |
| Palafox | | $ 7,395 | $ - | $ 7,395 | $ - | |
| Keating Total | | 11,152 | 6,076 | 5,076 | 660 | |
| Palafox and Keating | | $ 18,547 | $ 6,076 | $ 12,471 | $ 660 | |
| Palafox Markup at 10% | | 1,855 | 608 | 1,247 | 66 | |
| Total | | $ 20,402 | $ 6,684 | $ 13,718 | $ 26 | |

## STATEMENT OF PALAFOX' S CLAIMED COSTS AND RELATED AUDIT ADJUSTMENTS
(Continued)

ITEM # 9 *ADD ALUMINUM JACKET TO COOLING TOWER PIPE/INSULATION*

| Description | Proposed Rate | Audited Rate | Proposed Amount | Audit Amount | Audit Adjustment | Unsupported Costs | Notes |
|---|---|---|---|---|---|---|---|
| Aluminum Jacket | | | $ 4,199 | $ 4,199 | $ - | $ - | |
| Subcontractor Conference | | | 100 | - | 100 | - | 2 |
| Michael S. Bertino, PE | $ 100.00 | | 100 | - | 100 | - | 2 |
| Peter Cocchia, CPA | 75.00 | | 75 | - | 75 | - | 2 |
| Lester Cippenger, Jr. | 65.00 | | 195 | - | 195 | - | 2 |
| Charles Vann (6 hrs.) | 66.00 | $ 58.43 | 396 | 351 | 45 | - | 3 |
| Nancy Swallow | 30.00 | | 30 | - | 30 | - | 2 |
| Barbara Coppola | 30.00 | | 900 | - | 900 | - | 2 |
| PM Living Expense | 750.00 | | 68 | - | 68 | - | 2 |
| PM Travel Expense | 375.00 | | 34 | - | 34 | - | 2 |
| Office Equipment Lease | 612.00 | | 56 | - | 56 | - | 2 |
| Telephone/Fax | | | 50 | - | 50 | - | 2 |
| Copy/Reproduction | | | 50 | - | 50 | - | 2 |
| UPS | | | 25 | - | 25 | - | 2 |
| Keating Subtotal | | | $ 6,278 | $ 4,550 | $ 1,728 | $ - | |
| Keating Overhead at 10% | | | - | 455 | - | - | |
| Keating Profit at 10% | | | - | 455 | - | - | |
| Keating 10% Markup | | | 628 | - | (282) | - | |
| Keating Total | | | $ 6,906 | $ 5,460 | $ 1,446 | $ - | |

B-31