# KEATING DEVELOPMENT COMPANY
## PALAFOX STREET ASSOCIATES - PRIVILEGE LOG

| No. | DATE | TIME | AUTHOR | RECIPIENT(S) | DOCUMENT DESCRIPTION | FOLDER | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 1 | 04/07/98 | 10:30 AM | Don Bitterlich | Fred Jacoby, Dennis Martin; Signed by: DM; Copies to: DKIII, MSB, TC, DD, DM, MVS, FRED, FC, JM, BBr | Handwritten Conversation Record re: "Claim Summary Status" listing claims discussed in meeting of March 27, 1998 | Claim Status Summary | Attorney-Client, Work Product |
| 2 | 04/14/98 | 11:00 AM | Don Bitterlich | Fred Jacoby, Dennis Martin; Signed by: DM; Copies to: TC/MSB, DD, DM, MVS, FRED, PC, PBr, JM, File | Handwritten Conversation Record re: "K.B.J. Architect's Claim for Final Payment | Claim Status Summary | Attorney-Client, Work Product |
| 3 | 04/13/98 | Not listed | F. Warren Jacoby | Don Bitterlich; cc: Dennis A. Martin, Michael Sencindiver | Letter re: Palafox Street Associates, L.P. - General Services Administration (Lease No. GS-04B-35055), and responding to Fax regarding 4/8/98 letter from KBJ | Claim Status Summary | Attorney-Client, Work Product |
| 4 | 04/08/98 | 10:00 AM | Don Bitterlich | With: Fred Jacoby, Dennis Martin, Mike Sencindiver; Signed: DM; Copies to: TC/MSB, DD, DM, MVS, FRED, PBr, PC, File | Handwritten Conversation Record re: "K.B.J. Architect's Demand of Final Payment - Default" | Claim Status Summary | Attorney-Client |
| 5 | 04/08/98 | 5:30 PM | Don Bitterlich | With: Fred Jacoby, Dennis Martin; Signed: DM; Copies to: TC, MSB, DD, DM, MVS, FRED, PC, File | Handwritten Conversation Record re: "Claim Status Summary First Rough Draft - Costs", and attaching initial Rough Draft Costs | Claim Status Summary | Attorney-Client, Work Product |
| 6 | 02/24/95 | Not listed | Keating | Not Listed | Document entitled "Legal Costs - Jacoby, Donner & Jacoby, PC" | Claim Status Summary | Work Product |
| 7 | Not listed | Not listed | KBC | Not Listed | Document entitled "KBC - FAA Claim - Job #366 (Memo Only)" | Claim Status Summary | Work Product |
| 8 | Not listed | Not listed | KBC | Not Listed | Document entitled "KBC - FAA Claim - Job #366 (Work Sheet)" with notations | Claim Status Summary | Work Product |
| 9 | 09/12/94 | Not listed | Keating | Not Listed | Document entitled "Keating Work Sheet Exhibit 511.2" with notations | Claim Status Summary | Work Product |
| 10 | 04/08/98 | Not listed | Keating Building Corporation | Not Listed | Keating Building Corporation Subcontract Status Report by Job - Detail Printout | Claim Status Summary | Work Product |
| 11 | 04/30/98 | Not listed | Keating Development Company - Palafox Street Associates | Not Listed | Documents entitled "Claim Status Summary, U.S. Federal Courthouse, Pensacola, Florida" (2 copies) | Claim Status Summary | Work Product |

**KEATING DEVELO... ...NT COMPANY**
**PALAFOX STREET ASSOCIATES - PRIVILEGE LOG**

| No. | DATE | TIME | AUTHOR | RECIPIENT(S) | DOCUMENT DESCRIPTION | FOLDER | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 12 | Not listed | Not listed | Not Listed | Not Listed | Adding machine printouts labeled with Claim Numbers | Costs | Work Product |
| 13 | 06/24/98 | Not listed | Keating Building Corporation/Keating Development Company | Not Listed | Spreadsheet entitled "U.S. Federal Courthouse, Pensacola, FL, Master Time Sheet - Keating Building Corporation/ Keating Development Company" with attached summaries of same | Costs | Work Product |
| 14 | 06/08/98 | 4:15 PM | Don Bitterlich | To: Fred Jacoby, Dennis Martin; Signed: DM; Copies to: MSB, TC, DD, DM, MVS, FRED, PC, File, DKM | Handwritten Conversation Record re: "Keating Admins. Master Time Sheet / Valuation", attaching Keating Personnel Time/Cost Summaries per Claim and sheet of handwritten notations | Costs | Attorney-Client; Work Product |
| 15 | 06/25/98 | 11:33 AM | Don Bitterlich | With: Fred Jacoby, Dennis Martin; Signed: DM | Handwritten Conversation Record re: "Claim Cost Summaries No. 1-9 for Final Review/ Comment" and attaching same | Costs | Attorney-Client; Work Product |
| 16 | 03/05/98 | Not listed | Not Listed | cc: Fred, Dennis | Spreadsheet entitled "U.S. Federal Courthouse, Pensacola, FL. General Services Administration, Keating Development Company" with highlighting and handwritten notations | Costs | Attorney-Client; Work Product |
| 17 | 04/14/98 | Not listed | Keating Development Company - Palafox Street Associates | Not Listed | Spreadsheet entitled "U.S. Courthouse, Pensacola, FL; Post Construction Projects" | Costs | Work Product |
| 18 | 03/31/98 | Not listed | Keating Development Company - Palafox Street Associates | Not Listed | Spreadsheet entitled "U.S. Courthouse, Pensacola, FL; Post Construction Projects" | Costs | Work Product |
| 19 | 03/23/98 | Not listed | Don Bitterlich | Rita Karagianis | Document entitled "U. S. Federal Courthouse, Pensacola, Florida, Draft of Post-Construction Contract Amendments" with handwritten notations | Costs | Work Product |
| 20 | Not listed | Not listed | Palafox Street Associates | Not Listed | Document with summaries of Claims 1 through 9 | Costs | Work Product |

# KEATING DEVELOPMENT COMPANY
## PALAFOX STREET ASSOCIATES - PRIVILEGE LOG

| No. | DATE | TIME | AUTHOR | RECIPIENT(S) | DOCUMENT DESCRIPTION | FOLDER | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 21 | 05/20/98 | Not listed | Keating Development Company - Palafox Street Associates | Not Listed | Document entitled "Claim Status Summary, U.S. Federal Courthouse, Pensacola, Florida" | Costs | Work Product |
| 22 | 06/24/98 | Not listed | Keating, with comments by F. W. Jacoby | Don Bitterlich | Blacklined Draft of Document re: "Item No. 5: Revisions and Additions to Backlighting of the Glass Seal at the Special Proceedings Courtroom" | N/A | Attorney-Client; Work Product |
| 23 | 06/24/98 | Not listed | Keating, with comments by F. W. Jacoby | Don Bitterlich | Blacklined Draft of Document re: "Item No. 6: Reconstruction of (5) Opposed Witness Stand Platforms" with handwritten notations | N/A | Attorney-Client; Work Product |
| 24 | 06/24/98 | Not listed | Keating, with comments by F. W. Jacoby | Don Bitterlich | Blacklined Draft of Document re: "Item No. 7A: Courts' Subcontractor Backcharges" with handwritten notations | N/A | Attorney-Client; Work Product |
| 25 | 06/24/98 | Not listed | Keating, with comments by F. W. Jacoby | Don Bitterlich | Blacklined Draft of Document re: "Item No. 8: Add Aluminum Jacket to Cooling Tower Pipe/Insulation" with handwritten notations | N/A | Attorney-Client; Work Product |
| 26 | 06/23/98 | Not listed | Not Listed | Not Listed | Draft Document re: "Item No. 9 - Add Plaster Ceilings at Holding Cells/ Adjoining Areas" | N/A | Work Product |
| 27 | Not listed | Not listed | Not Listed | Not Listed | Document entitled "#468 - U.S. Federal Courthouse, Pensacola, FL/ CE#251 Add Plaster Ceilings at Holding Cells", Section C: Chronological Summary of Design Review, with handwritten notes redacted as privileged | N/A | Work Product (redacted portion) |
| 28 | Not listed | Not listed | Not Listed | Not Listed | Document entitled "#468 - U.S. Federal Courthouse, Pensacola, FL/ CE#251 Add Plaster Ceilings at Holding Cells", Section A: Applicable Drawing Schedule, and attaching Finish Schedule and drawings, with handwritten notes redacted as privileged | N/A | Work Product (redacted portion) |

KEATING DEVELO... ...NT COMPANY
PALAFOX STREET ASSOCIATES - PRIVILEGE LOG

| No. | DATE | TIME | AUTHOR | RECIPIENT(S) | DOCUMENT DESCRIPTION | FOLDER | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 29 | 03/06/97 | 8:40 AM | Don Bitterlich | With: James Lockley, Ken Ehinger, Dan Koenig; Signed: DM; Copies to: TC/MSB, CU/FS, BS, MS, KBJ, GSA, USMS, CE#247 | Handwritten Conversation Record re: "CE#247 - Verif. Grout Fill @ CMU / Deck Ribbing - 'Continuous'", with additional handwritten notes redacted as privileged | N/A | Work Product (redacted portion) |
| 30 | 03/12/97 | 2:00 PM | Don Bitterlich | With: Ken Ehinger; Copies to: CV/FS, JS, TC/MSB, KBJ, MVS, GSA, CE#247A | Handwritten Conversation Record re: "CE#247A. Verif. Grout Infill @ MTL Deck/ 'Concur Exposed PTD. MT>, Deck per DRGS.'", with additional handwritten notes redacted as privileged | N/A | Work Product (redacted portion) |
| 31 | 03/06/97 | 8:40 AM | Don Bitterlich | With: James Lockley, Ken Ehinger, Dan Koenig; Signed: DM; Copies to: TC/MSB, CU/FS, BS, MS, KBJ, GSA, USMS, CE#247 | Handwritten Conversation Record re: "CE#247 - Verif. Grout Fill @ CMU / Deck Ribbing - 'Continuous'", attaching 3/18/97 Fax Coversheet from Ken Ehinger to Don Bitterlich and Undated Fax Coversheet from Fran to Don Bitterlich, with additional handwritten notes redacted as privileged | N/A | Work Product (redacted portion) |
| 32 | 03/25/97 | 3:15 PM | Don Bitterlich | With: Mike Brumbaugh, Ken Ehinger; Signed: DM; Copies to: TC/MSB, JS, CM/FS, KBJ, GSA, File | Handwritten Conversation Record re: "Critical Issues in Constructions" with handwritten notes redacted as privileged | N/A | Work Product (redacted portion) |
| 33 | 03/26/97 | 12:00 PM | Don Bitterlich | With: Ken Ehinger, Mike Brumbaugh; Signed: DM; Copies to: GSA, File CE#247 | Handwritten Conversation Record re: "Mtl. Deck/ Glazed Blk. Detail (Advise of Directive: Continue/ Change Design)", attaching photographs of the 3rd/4th/5th floor holding cell/ area, glazed C.M.U, wall conditions and metal deck, with additional handwritten notes redacted as privileged | N/A | Work Product (redacted portion) |
| 34 | 03/31/97 | 3:30 PM | Don Bitterlich | With: Ken Ehinger; Signed: DM; Copies to: TC/MSB; JS, CV, MVS, KBJ, GSA, CE#247 | Handwritten Conversation Record re: "Metal Deck/ Glazed Blk. Fixt Det./ Continue as Design and Directed", with additional handwritten notes redacted as privileged | N/A | Work Product (redacted portion) |

**KEATING DEVELOPMENT COMPANY**
**PALAFOX STREET ASSOCIATES - PRIVILEGE LOG**

| No. | DATE | TIME | AUTHOR | RECIPIENT(S) | DOCUMENT DESCRIPTION | FOLDER | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 35 | 04/08/97 | Not listed | Dan Koenig | Don Bitterlich | Handwritten page with notes re: Holding Cell Ceilings, with additional handwritten notes redacted as privileged | N/A | Work Product (redacted portion) |
| 36 | 04/11/97 | 1:15 PM | Don Bitterlich | With: Dan Koenig; Signed: DM; Copies to: TC/MSB, JS, CVANN, MLB, KBJ, GSA, CE#251 | Handwritten Conversation Record re: "CE#251 - Add Plaster Ceiling @ 3rd, 4th, 5th Fl. Cells & Sallyports", attaching 4/10/98 letter from Daniel W. Koenig to Ken Ehinger re: CE#251, with additional handwritten notes redacted as privileged | N/A | Work Product (redacted portion) |
| 37 | 05/04/98 | 12:15 PM | Don Bitterlich | With: Fred Jacoby, Dennis Martin; Signed: DM; Copies to: MSB, TC, DD, DM, MVS, FRED, File, Claim No. 9 | Handwritten Conversation Record re: "CE#251 - Add Plaster Ceiling @ Holding Cells (Protested)", with highlighting and additional handwritten notations | CE#247 - Grout Deck Voids | Attorney-Client; Work Product |
| 38 | 05/29/96 | Not listed | Roger Vinson | Dan Koenig, Don Bitterlich, Kris Bolt | Memorandum re: Pensacola Courthouse/ Interior Color & Finish Boards, with handwritten notations | CE#247 - Grout Deck Voids | Work Product |
| 39 | 04/23/99 | Not listed | Don Bitterlich | cc: Legal Department, Shop, Storage Box, Originating Department | Inventory Form for Box No. 3017, Project No. 468 | N/A | Attorney-Client, Work Product |
| 40 | Not listed | Not listed | Don Bitterlich | Not Listed | Claim Working Drafts Binder entitled "#468 U.S. Federal Courthouse; Pensacola, FL; Claims 1-9; D. Bitterlich Set; Book 1" | N/A | Work Product |
| 41 | Not listed | Not listed | Don Bitterlich | Not Listed | Claim Working Drafts Binder entitled "#468 U.S. Federal Courthouse; Pensacola, FL; Claims 1-9; D. Bitterlich Set; Book 2" | N/A | Work Product |

NOTE: Plaintiffs have been advised that Defendant contends that Plaintiffs have produced substantial privileged documents and have thereby waived any privilege that attached to same. Plaintiffs are unaware of the documents so produced, and have requested that Defendant identify and/or produce copies of same, which Defendant has refused to do. Although Plaintiffs are presently unaware of the documents produced and obtained by Defendant which are otherwise privileged, Plaintiffs incorporate such documents into this privilege log pending the outcome of its requests to Defendant and the Court to be provided copies of same and for Defendant to establish that any privileges that might attach thereto have been waived.