# *In the United States Court of Federal Claims*

| | | |
|---|---|---|
| **Palafox Street Associates, LP, et. al.**<br>**Plaintiffs,**<br><br>**v.**<br><br>**The United States,**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 99-898C**<br>**Judge C. Miller** |

**PLAINTIFFS' NOTICE OF FILING**

Plaintiffs Palafox Street Associates, LP, *et al.* ("Plaintiffs") hereby submits a reformatted Plaintiffs' Exhibit List. The version that was filed electronically on February 10, 2007 was created using the incorrect list and should be disregarded.

This version is, correctly, based on "Plaintiffs' First Amended Exhibit List" filed in September 2006.

Dated: February 11, 2006

Respectfully submitted,

/s Herman M. Braude

Herman M. Braude
Attorney for Plaintiffs
Gerson B. Kramer, *of counsel*
Michael A. Lewis, *of counsel*
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 (tel)
(202) 471-5404 (fax)

F. Warren Jacoby, Esq., *of counsel*
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

I certify that on February 11, 2007, a copy of the foregoing was served by electronic mail on the following:

John Groat, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Dept of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530