CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P1 | Keating's Certified Claim Binders (2 vols.) (6/30/98) | | | | | |
| P2 | GSA Solicitation No. MFL 93021 (excerpts) (3/20/95) | | | | | |
| P3 | Ltr from CO to Keating (10/03/95) | | | | | |
| P4 | Legal Concurrence from GSA Regional Counsel (10/10/95) | | | | | |
| P5 | Schedule of Finishes from Solicitation (Undated) | | | | | |
| P6 | Memo from Judge Vinson (5/29/96) | | | | | |
| P7 | Cover sheets and TOC from Keating's Interior Colors and Finishes Submittals (5/13/96) | | | | | |
| P8 | App. B ("Finish Schedule") (7/19/96) | | | | | |
| P9 | Ltr from Judge Paul (7/8/97) | | | | | |
| P10 | Ltr from Koenig (7/15/97) | | | | | |
| P11 | Ltr from Koenig (7/17/97) | | | | | |
| P12 | Ltr from Phillips (7/21/97) | | | | | |
| P13 | Ltr from Bridgeman (7/21/97) | | | | | |
| P14 | Email from Koenig w/attached status report (7/21/97) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P15 | Fax From Koenig w/attached status report and exhibits (7/31/97) | | | | | |
| P16 | Supplemental Lease Agreements (8/1/97) | | | | | |
| P17 | Funds Availability certification (8/21/97) | | | | | |
| P18 | Conversation Record (8/14/97) | | | | | |
| P19 | Conversation Record (8/15/97) | | | | | |
| P20 | Email from Koenig (8/22/97) | | | | | |
| P21 | Fax from Pacyga with attachments (8/24/97) | | | | | |
| P22 | Fax from Koenig with attachments (9/3/97) | | | | | |
| P23 | Conversation Record with attachments (9/4/97) | | | | | |
| P24 | Email from Koenig (9/5/97) | | | | | |
| P25 | Ltrs from Peck Undated | | | | | |
| P26 | Conversation Record (9/9/97) | | | | | |
| P27 | Conversation Record (9/10/97) | | | | | |
| P28 | Koenig fax of 9/30 Hurst-Rayborn email (10/1/97) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P29 | Wall email of 10/3 with Wesley response (10/6/97) | | | | | |
| P30 | DeBord email of 10/6 with response by Wesley and Marrs (10/8/97) | | | | | |
| P31 | Conversation Record (10/6/97) | | | | | |
| P32 | Fax re Moisture Entrapment (10/3/97) | | | | | |
| P33 | Report from Thompson Eng (10/7/97) | | | | | |
| P34 | Ltr from Vinson (10/9/97) | | | | | |
| P35 | Email from Marrs w/ Phillips' response (10/10/97) | | | | | |
| P36 | Memo from Antrobus (10/15/97) | | | | | |
| P37 | Ltr from Vann (10/15/97) | | | | | |
| P38 | Ltr from Sencindiver (10/17/97) | | | | | |
| P39 | Report from Thompson Eng (10/19/97) | | | | | |
| P40 | Article re Vinyl & Mildew (10/20/97) | | | | | |
| P41 | Ltr from Vann (10/23/97) | | | | | |
| P42 | Ltr from Sencindiver (10/23/97) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P43 | Ltr from Johnson (10/23/97) | | | | | |
| P44 | Ltr from Johsnon (10/23/97) | | | | | |
| P45 | Ltr from Marcus (10/27/97) | | | | | |
| P46 | Conversation Record (10/30/97) | | | | | |
| P47 | Certificate of Occupancy (9/17/97) | | | | | |
| P48 | Ltr from Koenig (10/30/97) | | | | | |
| P49 | Ltr from Bitterlich (with attachments) (6/19/98) | | | | | |
| P50 | Ltr from Sencindiver (11/4/97) | | | | | |
| P51 | Fax from Wass (11/3/97) | | | | | |
| P52 | Ltr from CH2M Hill (11/3/97) | | | | | |
| P53 | Ltr from Wass (11/5/97) | | | | | |
| P54 | Conversation Record (11/11/97) | | | | | |
| P55 | Conversation Record (11/11/97) | | | | | |
| P56 | Conversation Record (11/11/97) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P57 | Fax from Koenig with ltr from CH2M Hill (11/12/97) | | | | | |
| P58 | Ltr from Johnson (11/12/97) | | | | | |
| P59 | Conversation Record (11/12/97) | | | | | |
| P60 | Ltr from Atchison with attachments (11/12/97) | | | | | |
| P61 | Conversation Records (11/13/97) | | | | | |
| P62 | Fax/mail cover from Bitterlich (11/14/97) | | | | | |
| P63 | Conversation Records (11/14/97) | | | | | |
| P64 | Memo from Bolt (10/27/97) | | | | | |
| P65 | Trend COV reports (10/24/97) | | | | | |
| P66 | Report from CH2M Hill (11/14/97) | | | | | |
| P67 | Ltr from Koenig (11/18/97) | | | | | |
| P68 | Report from CH2M Hill/Odom (11/21/97) | | | | | |
| P69 | Ltr from Thacker (11/21/97) | | | | | |
| P70 | Email from Marrs (11/25/97) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P71 | Transmittal cover sheet (10/3/97) | | | | | |
| P72 | Ltr from Koenig (with original unsent p. 2) (11/28/97) | | | | | |
| P73 | Ltr from Sencindiver (12/8/97) | | | | | |
| P74 | List of rooms (12/10/97) | | | | | |
| P75 | Punch List Summary with comments (12/12/97) | | | | | |
| P76 | D&O lists (various) | | | | | |
| P77 | Ltr from Johnson (12/15/97) | | | | | |
| P78 | Ltr from Koenig (12/15/97) | | | | | |
| P79 | Conversation Records (12/17/97) | | | | | |
| P80 | Fax from Koenig (12/16/97) | | | | | |
| P81 | Ltr from Vinson (12/17/97) | | | | | |
| P82 | Email from Koenig (12/17/97) | | | | | |
| P83 | Ltr from Koenig (12/18/97) | | | | | |
| P84 | Ltr from Lehman (12/22/97) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P85 | Memo from Bolt (12/18/97) | | | | | |
| P86 | Conversation Record (12/22/97) | | | | | |
| P87 | Conversation Records (1/2/98) | | | | | |
| P88 | Email from Matthews and Koenig (1/6/98) | | | | | |
| P89 | Cost Comparison Chart (undated) | | | | | |
| P90 | Contact Record with Detail Line Item Report attached (1/8/98) | | | | | |
| P91 | "Revised list of rooms that we are removing the Vinyl wall covering on Exterior walls" (12/15/97) | | | | | |
| P92 | Conversation Records (1/6/98) | | | | | |
| P93 | Fax (cover only) from Koenig (1/8/98) | | | | | |
| P94 | Memo from Odom (1/9/98) | | | | | |
| P95 | Ltr from Curran (1/8/98) | | | | | |
| P96 | Fax from Koenig (1/8/98) | | | | | |
| P97 | Conversation Records (1/9/98) | | | | | |
| P98 | Fax from Koenig (with 1/12/ ltr from Johnson attached) (1/13/98) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P99 | Ltr from Johnson (1/12/98) | | | | | |
| P100 | Email from Koenig (1/15/98) | | | | | |
| P101 | Fax from Koenig (with 1/15 ltr from Koenig attached) (1/15/98) | | | | | |
| P102 | Conversation Record (1/20/98) | | | | | |
| P103 | Ltr from Martin (with attached "Revised Finish Schedule" and two tables) (1/20/98) | | | | | |
| P104 | Ltr from Vinson (1/20/98) | | | | | |
| P105 | Ltr from Johnson (with attached "Punch List Summary") (1/22/98) | | | | | |
| P106 | Fax from Koenig (with ltr from Johnson attached) (1/22/98) | | | | | |
| P107 | Ltr from Koenig (1/22/98) | | | | | |
| P108 | Ltr from Martin (1/23/98) | | | | | |
| P109 | Ltr from Martin (1/23/98) | | | | | |
| P110 | Ltr from Vinson (1/26/98) | | | | | |
| P111 | Ltr from Martin (1/29/98) | | | | | |
| P112 | "Draft" Report from CH2M Hill (1/29/98) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P113 | Conversation Record (2/3/98) | | | | | |
| P114 | Ltr from Koenig (2/5/98) | | | | | |
| P115 | Fax from Koenig (with ltr from Johnson attached) (2/5/98) | | | | | |
| P116 | Ltr from Martin (2/6/98) | | | | | |
| P117 | Ltr from Johnson (2/10/98) | | | | | |
| P118 | Fax from Koenig (with ltr from Koenig and "final" report from CH2M Hill attached) (2/10/98) | | | | | |
| P119 | Memo from Marrs (2/11/98) | | | | | |
| P120 | Ltr from Martin (3/18/98) | | | | | |
| P121 | Ltr from Koenig (3/24/98) | | | | | |
| P122 | Ltr from Martin (3/26/98) | | | | | |
| P123 | Conversation Records (5/98) | | | | | |
| P124 | Fax from Koenig (with "Pensacola Courthouse Rent Payment Summary" attached) (5/28/98) | | | | | |
| P125 | Fax from Davis (with attachments re "interest calculation") (5/26/98) | | | | | |
| P126 | Email from Marrs (6/18/98) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P127 | Ltr from Mossing (6/5/98) | | | | | |
| P128 | Ltr from Ducote (6/15/98) | | | | | |
| P129 | Routing Slip (6/8/98) | | | | | |
| P130 | Ltr from Bitterlich (with attachments) (6/19/98) | | | | | |
| P131 | Report from Thompson Eng (6/30/98) | | | | | |
| P132 | Ltr from Bitterlich (6/23/98) | | | | | |
| P133 | Report from Thompson Eng (6/23/98) | | | | | |
| P134 | Moisture/Mildew Insp Summary (7/21/98) | | | | | |
| P135 | Ltr from Bitterlich (with attachment) (8/14/98) | | | | | |
| P136 | Email (8/13/98) | | | | | |
| P137 | Moisture/Mildew Insp Summary (8/13/98) | | | | | |
| P138 | Ltrs from Bitterlich (8/27/98) | | | | | |
| P139 | Reports from Thompson Eng (8/13/98) | | | | | |
| P140 | Ltr from Judge Vinson (9/22/98) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P141 | District Court Punchlist (5/26/98) | | | | | |
| P142 | Ltr from CH2M Hill (10/5/98) | | | | | |
| P143 | Email from Koenig (4/22/97) | | | | | |
| P144 | Ltr from Lockley (4/28/97) | | | | | |
| P145 | Fax from Clerk's Office (5/12/97) | | | | | |
| P146 | Fax from Clerk's Office (with ltr from Mossing and estimates from ADT attached) (6/5/97) | | | | | |
| P147 | Ltr from Koenig (6/9/97) | | | | | |
| P148 | Fax from Koenig (6/13/97) | | | | | |
| P149 | Email from Koenig (6/13/97) | | | | | |
| P150 | Email from Koenig (6/24/97) | | | | | |
| P151 | Fax from Koenig (with fax from ADT attached) (6/26/97) | | | | | |
| P152 | Email from Pulling (6/27/97) | | | | | |
| P153 | Conversation Record (6/25/97) | | | | | |
| P154 | Email from Murphy (6/30/97) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P155 | Ltr from Paul (7/8/97) | | | | | |
| P156 | Ltr from Koenig (7/15/97) | | | | | |
| P157 | Message Confirmation (with ltr from Sawyer attached) (7/16/97) | | | | | |
| P158 | Ltr from Thacker (7/17/97) | | | | | |
| P159 | Fax from Koenig (with ltr from Koenig attached) (7/17/97) | | | | | |
| P160 | Email from Sawyer (7/18/97) | | | | | |
| P161 | Ltr from Phillips (7/21/97) | | | | | |
| P162 | Ltr from Bridgman (7/21/97) | | | | | |
| P163 | Email from Koenig (with attached status report) (7/21/97) | | | | | |
| P164 | Emails from Sawyer and Koenig (7/25/97) | | | | | |
| P165 | Conversation Record (8/14/97) | | | | | |
| P166 | Conversation Record (8/15/97) | | | | | |
| P167 | Email from Koenig (8/22/97) | | | | | |
| P168 | Fax from ADT (8/24/97) | | | | | |