CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P169 | Fax from Koenig (9/3/97) | | | | | |
| P170 | Conversation Record with attached excerpts from Meeting Memos (9/4/97) | | | | | |
| P171 | Email from Koenig (9/5/97) | | | | | |
| P172 | Ltrs from Peck (undated) | | | | | |
| P173 | Ltr from Mossing with attached Specifications for Special Signal Systems (10/31/97) | | | | | |
| P174 | Ltr from Mossing (10/23/97) | | | | | |
| P175 | Conversation Record (11/4/97) | | | | | |
| P176 | Conversation Records (11/11/97) | | | | | |
| P177 | Email from Marrs (11/20/97) | | | | | |
| P178 | Email from Ducote (11/24/97) | | | | | |
| P179 | Emails from various persons (12/2/97) | | | | | |
| P180 | Ltr from Martin (1/29/98) | | | | | |
| P181 | Ltr from Marrs (2/11/98) | | | | | |
| P182 | Ltr from ADT (3/5/98) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P183 | Emails from Mossing and Marrs (3/11/98) | | | | | |
| P184 | Emails from Schlattman and Sears (3/22/99) | | | | | |
| P185 | Email from Koenig (1/14/98) | | | | | |
| P186 | Email from Koenig (1/7/98) | | | | | |
| P187 | Ltr from R. Kendig to C. March re options for San Carlos Hotel site (1/06/93) | | | | | |
| P188 | Ltr from R. Kendig to W. Matthews discussing two sites (4/16/93) | | | | | |
| P189 | Ltr from GSA to Kendig clarifying options and alternate (1/27/94) | | | | | |
| P190 | Ltr from GSA to Kendig setting cutoff date and reviewing proposal (1/27/94) | | | | | |
| P191 | Ltr from GSA to Kendig clarifying options and alternate (2/03/94) | | | | | |
| P192 | Ltr from Kendig to J. Kuykendall discussing fourth option (3/14/94) | | | | | |
| P193 | Ltr from Kendig to Kuykendall stating “best offer” (2/2/94) | | | | | |
| P194 | Ltr from Kending to Kuykendall stating “best offer” (2/7/94) | | | | | |
| P195 | Ltr from Kendig to Kuykendall discussing fourth option; minutes from meeting (3/09/94) | | | | | |
| P196 | Report of City Council Action; Committee Memorandum (5/12/94) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P197 | Memo from Jen. Fleming (5/16/94) | | | | | |
| P198 | Lease of Real Property; Assignable Option for Ground Lease; Declaration of Offer | | | | | |
| P199 | Ltr from Kendig to Kuykendall (5/26/94) | | | | | |
| P200 | Declaration of Offer (rev) | | | | | |
| P201 | Lease of Real Prop (rev) | | | | | |
| P202 | Memo from Jen. Fleming-Revised Draft (5/23/94) | | | | | |
| P203 | Ltr from John Fleming (6/24/94) | | | | | |
| P204 | D. Curran on revisions to lease | | | | | |
| P205 | Ltr from D. Curran to John Fleming regarding final versions of Lease (7/25/94) | | | | | |
| P206 | Report of City Council Action (7/28/94) | | | | | |
| P207 | Memo of Committee on lease | | | | | |
| P208 | Ltr from John Fleming to D. Curran (11/22/94) | | | | | |
| P209 | Ltr from Ron head to B. Henderson; Pre-Proposal Conference (3/6/95) | | | | | |
| P210 | Ltr from R. Head to Tracy Greer clarifying SFO; Technical/Price Review Comments (7/7/95) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| Number | Description of Exhibit | ID | Obj. | Adm. | Witness | Date |
|---|---|---|---|---|---|---|
| P211 | Ltr from Dan Koenig to T. Greer with Amendment #4; Amendment of Solicitation (8/1/95) | | | | | |
| P212 | Report of City Council Action (8/24/95) | | | | | |
| P213 | Committee Memo approving lease | | | | | |
| P214 | City Council Memorandum-Selection of Developer; Notice of Award (10/10/95) | | | | | |
| P215 | Ltr from D. Curran to Edmond Hinkle regarding notice of award; Assignment of Option; Lease of Real Property (10/12/95) | | | | | |
| P216 | Ltr from D. Curran to John Fleming; Declaration of Offer of Donation (11/30/95) | | | | | |
| P217 | Ltr from D. Curran to John Fleming enclosing Declaration of Offer of Donation and Lease of Real Property | | | | | |
| P218 | Excerpt of SFO MFL 93021 (3/20/95) | | | | | |
| P219 | Ltr form CO to Keating (10/3/95) | | | | | |
| P220 | Legal Concurrence by Diana Parks Curran (10/10/95) | | | | | |
| P221 | Finish Schedules (undated) | | | | | |
| P222 | Memo from Vinson (5/29/96) | | | | | |
| P223 | Cover Sheets from Schedule of Finishes Submission (5/13/96) | | | | | |
| P224 | Finish Schedules (7/19/96) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| | | | | | | |
|---|---|---|---|---|---|---|
| P225 | Ltr from Judge Paul ( 7/18/97) | | | | | |
| P226 | Ltr from Koenig (7/17/97) | | | | | |
| P227 | Ltr from Phillips (7/21/97) | | | | | |
| P228 | Ltr from Bridgeman (7/21/97) | | | | | |
| P229 | Email from Koenig with status rpt (7/21/97) | | | | | |
| P230 | Fax from Koenig with attchmts (7/31/97) | | | | | |
| P231 | Supplemental Lease Agmts (8/1/97) | | | | | |
| P232 | Funds Availability Certification (8/21/97) | | | | | |
| P234 | Email from Koenig (8/22/97) | | | | | |
| P235 | Fax from Pacyga (8/24/97) | | | | | |
| P236 | Fax from Koenig (9/3/97) | | | | | |
| P237 | Conversation Record (9/4/97) | | | | | |
| P238 | Email from Koenig (9/5/97) | | | | | |
| P239 | Ltrs from Peck (undated) | | | | | |
| P240 | Conversation Record (9/9/97) | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P241 | Conversation Record (9/10/97) | | | | | | |
| P242 | Fax from Koenig (with Hurst Rayborn e-mails) 10/1/97 | | | | | | |
| P243 | Email exchange between Wesley and Wall (10/6/97) | | | | | | |
| P244 | DeBord/Wesley/Maass emails (10/8/97) | | | | | | |
| P245 | Conversation Record (10/6/97) | | | | | | |
| P246 | Fax re moisture entrapment (10/3/97) | | | | | | |
| P247 | Thompson Eng'g Report (10/7/97) | | | | | | |
| P248 | Ltr from Vinson (10/9/97) | | | | | | |
| P249 | Maas/Phillips Response (10/10/97) | | | | | | |
| P250 | Memo from Antrobus (10/15/97) | | | | | | |
| P251 | Ltr from Vann (10/15/97) | | | | | | |
| P252 | Ltr from Sencindiver (10/17/97) | | | | | | |
| P253 | Thompson Eng'g Report (10/19/97) | | | | | | |
| P254 | Article re vinyl and mildew (10/19/97) | | | | | | |
| P255 | Ltr from Vann (10/23/97) | | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| | | | | | | |
|---|---|---|---|---|---|---|
| P256 | Ltr from Sencindiver (10/23/97 | | | | | |
| P257 | Ltr from Johnson 10/23/97 | | | | | |
| P258 | Ltr from Johnson 10/23/97 | | | | | |
| P259 | Ltr from Marcus 10/27/97 | | | | | |
| P260 | Conversation Record 10/30/97 | | | | | |
| P261 | Certificate of Occupancy 9/17/97 | | | | | |
| P262 | Ltr from Koenig 10/30/97 | | | | | |
| P263 | Conversation Records 11/4/97 | | | | | |
| P264 | Ltr from Sencindiver 11/4/97 | | | | | |
| P265 | Fax from Wass 11/3/97 | | | | | |
| P266 | Ltr from CH2MHi11 11/3/97 | | | | | |
| P267 | Conversation Record 11/11/97 | | | | | |
| P268 | Conversation Record 11/11/97 | | | | | |
| P269 | Conversation Record 11/11/97 | | | | | |
| P270 | Fax from Koenig with CH2MHi11 Ltr 11/12/97 | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| | | | | | | |
|---|---|---|---|---|---|---|
| P271 | Ltr from Johnson 11/12/97 | | | | | |
| P272 | Conversation Record 11/12/97 | | | | | |
| P273 | Ltr from Atchison w/Attachments 11/12/97 | | | | | |
| P274 | Conversation Records 11/13/97 | | | | | |
| P275 | Fax/mail from Bitterlich 11/14/97 | | | | | |
| P276 | Conversation Records 11/14/97 | | | | | |
| P277 | Memo from Bolt 10/27/97 | | | | | |
| P278 | Trend reports 10/24/97 | | | | | |
| P279 | Rprt from CH2MHill 11/14/97 | | | | | |
| P280 | Ltr from Koenig 11/18/97 | | | | | |
| P281 | Ltr from CH2MHill 11/21/97 | | | | | |
| P282 | Ltr from Thacker 11/21/97 | | | | | |
| P283 | Email from Marrs 11/25/97 | | | | | |
| P284 | Transmittal cover sheet 10/3/97 | | | | | |
| P285 | Ltr from Koenig 11/28/97 | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| | | | | | | |
|---|---|---|---|---|---|---|
| P286 | Ltr from Sencindiver 12/8/97 | | | | | |
| P287 | List of Rooms 12/10/97 | | | | | |
| P288 | Punch List Summary 12/12/97 | | | | | |
| P289 | D&O Lists various | | | | | |
| P290 | Ltr from Johnson 12/15/97 | | | | | |
| P291 | Ltr from Koenig 12/15/97 | | | | | |
| P292 | Conversation Records 12/17/97 | | | | | |
| P293 | Fax from Koenig 12/16/97 | | | | | |
| P294 | Ltr from Vinson 12/17/97 | | | | | |
| P295 | GSA Audit Report 2/8/01 | | | | | |
| P296 | Auditor's Close-Out Comments undated | | | | | |
| P297 | Sears/Matthews emails 3/22/99 | | | | | |
| P298 | Diana Parks Curran Notes (4 sheets) 3/1/95 | | | | | |
| P299 | Committee Memorandum 7/26/94 | | | | | |
| P300 | Ltr from Fleming re lease term amendment 4/95 | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| | | | | | | |
|---|---|---|---|---|---|---|
| P301 | Ltr from Curran to Fleming 2/27/95 | | | | | |
| P302 | Schlattman/Matthews emails 9/29/98 | | | | | |
| P303 | Vinson/Schlattman emails 4/15/99 | | | | | |
| P304 | Marked-up Copy of Recorded Donation Agmt unknown date | | | | | |
| P305 | Ltrs from Haskell re SFO with handwritten cmts ("GSA Attorney" documents) 1995 | | | | | |
| P306 | Curran Ltr to Fleming (with proposed Declaration of Offer of Donation) 6/6/94 | | | | | |
| P307 | Ltr from Hatchett to Thacker 10/20/97 | | | | | |
| P308 | Curran Notes 2/14/98 | | | | | |
| P309 | Curran Notes (starting with Consultant's Report) undated | | | | | |
| P310 | Curran Notes of meeting planned for 4/9/99 undated | | | | | |
| P311 | Curran Notes 2/4/98 | | | | | |
| P312 | Matthews emails 10/9/98 | | | | | |
| P313 | Currant Notes 10/15/[98] | | | | | |
| P314 | Emailed Ducote Memo 9/29/98 | | | | | |
| P315 | Phillips emails 10/9/98 | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P316 | Curran email to Schlattman 9/29/98 | | | | | | |
| P317 | Kendig-Kuykendall Ltr with notes 3/14/94 | | | | | | |
| P318 | Memo from Judge Paul to Matthews et al 3/28/94 | | | | | | |
| P319 | Ltr from Curran to Doody 3/23/95 | | | | | | |
| P320 | Memo from Kuykendall to Howerton with enclosed easement agreement | | | | | | |
| P321 | Fleming Ltr to Curran 3/30/95 | | | | | | |
| P322 | Curran Ltr to Fleming 7/31/95 | | | | | | |
| P323 | Curran Ltr to Fleming with enclosures 11/30/95 | | | | | | |
| P324 | Currant Ltr to Fleming with enclosed Declaration of Offer (with handwritten notes) 11/27/96 | | | | | | |
| P325 | Curran Ltr to Fleming 10/15/96 | | | | | | |
| P326 | Curran Notes 2/22/95 | | | | | | |
| P327 | Ltr from CO Head to Keating enclosing minutes pre-bid conference 3/6/95 | | | | | | |
| P328 | Handwritten note re Greensboro options unknown | | | | | | |
| P329 | Koenig/Head fax to Haskell with Curran notes 2/17/95 | | | | | | |
| P330 | Routing slip with Curran notes and attached GFARS Deviation Approval memo 7/27/95 | | | | | | |

CASE NAME: Palafox Street Assoc. v. United States NUMBER: 99-89C (Fed. Cl.)

EXHIBITS OF Plaintiff (PARTY)

| | | | | | | |
|---|---|---|---|---|---|---|
| P331 | Contact Record by Curran 8/14/95 | | | | | |
| P332 | Curran notes 10/1/95 | | | | | |
| P333 | Email from Curran to Koenig and Johnson 9/3/96 | | | | | |
| P334 | Conversation Record 5/20/96 | | | | | |
| P335 | Curran Notes (3 pages) 4/10/95 | | | | | |
| P336 | Matthews e-mail to Vaughn and others 06/11/99 | | | | | |
| P337 | Matthews/Bridgeman/Cobb/Mossing email chain 9/29/98 | | | | | |
| P338 | Koenig email to Phillips 1/7/98 | | | | | |
| P339 | Matthews email to Parks and others 10/31/96 | | | | | |
| P340 | Handwritten list of personnel attending pre-bid undated | | | | | |
| P341 | | | | | | |
| P342 | | | | | | |
| P343 | | | | | | |
| P344 | | | | | | |
| P345 | | | | | | |