# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PALAFOX STREET ASSOCIATES, LP.,** *
***et al.***,
Plaintiffs, *

v. * No. 99-898C

**THE UNITED STATES,** * (Filed Feb. 15, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Counsel having advised the court during trial on this matter this date that they have reached a settlement agreement acceptable to the General Services Administration and that defense counsel and his superior with authority will recommend for acceptance by the Department of Justice,

**IT IS ORDERED**, as follows:

1. This case is stayed pending further order of the court.

2. The Clerk of the Court shall place the Transcript of Proceedings held in Palafox Assoc., LP v. United States, No. 99-898C for Feb. 15, 2007, only under seal as it contains the terms of the settlement agreement.

3. The parties shall file a Joint Status Report by April 16, 2007, stating with particularity the status of settlement approval.

s/ Christine O.C. Miller
________________________________________
**Christine Odell Cook Miller**
Judge