# *In the United States Court of Federal Claims*

| | | |
|---|---|---|
| **Palafox Street Associates, LP, et. al.**<br>**Plaintiffs,**<br><br>**v.**<br><br>**The United States,**<br>**Defendant** | ) ) ) ) ) ) ) ) ) | **No. 99-898C**<br>**Judge C. Miller** |

## PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME

Plaintiffs Palafox Street Associates, LP, by and through undersigned counsel, respectfully requests that the Court allow a one-week extension of time to file the parties' Joint Status Report on the settlement progress.

The parties' status report was due Monday, April 16, 2007, and the parties planned to have it filed by Defendant's counsel, who was in the best position to apprise the Court as to the status settlement. Mr. Groat, however, left early on Monday to go to Blacksburg, Virginia, where one of his children is a student at Virginia Polytechnic Institute.

If this motion is granted, a formal status report will be filed on April 23, 2007.

Dated: April 17, 2006

Respectfully submitted,

/s/Herman Braude

Herman M. Braude
Attorney for Plaintiffs
Gerson B. Kramer, *of counsel*
Michael A. Lewis, *of counsel*
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 (tel)
(202) 471-5404 (fax)

## CERTIFICATE OF SERVICE

I certify that on April 17, 2007, a copy of the foregoing was served by electronic means on the following:

John Groat, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Dept of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

/s/Herman Braude