IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PALAFOX STREET ASSOCIATES, L.P., et. al., | ) | |
| Plaintiffs, | ) | No. 99-898C |
| v. | ) | (Judge C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES**

Defendant, the United States, respectfully submits this Status Report upon behalf of the parties. Counsel for plaintiffs has reviewed the Report and authorizes counsel to state that plaintiffs join in this Report.

During the trial in this matter, Palafox provided the Government with an offer of settlement on February 14, 2007, and forwarded a written offer on February 21, 2007. The General Services Administration recommended approval of that offer on March 27, 2007. Counsel for the Government has prepared a memorandum to an authorized representative of the Attorney General recommending acceptance of that offer which is under review.

Recently, the Government provided Palafox with a draft settlement agreement and the necessary paperwork to provide for payment in the event that an authorized representative of the Attorney General accepts Palafox's offer. Palafox has provided the Government with such paperwork and its proposed revisions to the settlement agreement.

Defendant respectfully proposes to advise the Court of the status of the proceedings on or before April 30, 2007.

Plaintiffs object to the continuing delay, given the assurances made to the Court by the attorneys for the Government, and respectfully requests that the Court conduct a telephone conference with the parties in an effort to obtain closure of this long overdue settlement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

TODD M. HUGHES
Assistant Director

/s/ John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Facsimile: (202) 514-7965

OF COUNSEL:
THOMAS HAWKINS
Assistant General Counsel
General Services Administration
1800 F St., NW Room 4131
Washington, D.C. 20405

April 20, 2007

Attorneys for Defendant