# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **PALAFOX STREET ASSOCIATES, LP., *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 99-898C |
| **THE UNITED STATES**, | * | (Filed May 11, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the off-the-record telephonic settlement conference held on May 9, 2007,

**IT IS ORDERED**, as follows:

A subsequent off-the-record settlement conference shall be held at 4:30 p.m. on Thursday, May 17, 2007, if a signed settlement agreement has not been delivered to the Department of the Treasury by that date.

s/Christine O.C. Miller

**Christine Odell Cook Miller**
Judge