IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PALAFOX STREET ASSOCIATES, L.P., et. al., Plaintiffs, | ) | |
| v. | ) | No. 99-898C (Judge C. Miller) |
| THE UNITED STATES, Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to the terms of a settlement agreement, the parties respectfully agree to dismiss the matter with prejudice, with each party to bears its own costs, expenses, and attorney fees.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Palafox Street Associates, L.P., et. al.,
By:

/s/ Herman M. Braude
Herman M. Braude, Esq.
Michael A. Lewis, Esq.
Braude & Margulies, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
202-471-5400

Attorneys for Palafox

Dated: December 6, 2007

TODD M. HUGHES
Deputy Director

/s/ John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Facsimile: (202) 514-7965
jack.groat@usdoj.gov

OF COUNSEL:

THOMAS HAWKINS
Assistant General Counsel
General Services Administration
Attorneys for Defendant

Dated: December 6, 2007

CERTIFICATE OF FILING

I hereby certify that on January 9, 2008, a copy of foregoing STIPULATION OF DISMISSAL was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/ s/John S. Groat